## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF INDIANA

THE EXCELLENT RAJ K. PATEL, from all
capacities,

*Plaintiff*

v.

THE UNITED STATES, THE PRESIDENT
OF THE UNITED STATES, THE
HONORABLE THE EXCELLENT JOE R.
BIDEN, in all capacities, THE
HONORABLE THE EXCELLENT
DONALD J. TRUMP, in all capacities, THE
STATE OF INDIANA, THE STATE OF
GEORGIA, BROWNSBURG POLICE
DEPARTMENT, EMORY UNIVERITY, the
UNIVERSITY OF NOTRE DAME DU LAC,
BROWNSBURG COMMUNITY SCHOOL
CORPORATION, AJAY NAIR, VERONICA
SYRETIA ROOT MARTINEZ, MARK
MCKENNA, AMY SPANOPOULOS, JAKE
BASKA, ASCENSION ST. VINCENT
STRESS CENTER, VIDHI PATEL
SHARMA, CHARMI PATEL, NINA
PATEL, and DHAVAL PATEL

*Defendant*

No.  3:21-cv-628

=𝔽𝕀𝕃𝔼𝔻=

AUG 2 4 2021

At _____ M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

### COMPLAINT

I, Raj K. Patel (*pro se*), respectfully move this District Court for the Northern District of

Indiana for this battery/assault/torture/terrorism/genocide/civil rights violation/conspiracy

through a bio-stress weapon to end and to restore the privileges and/or immunities (**privileges**

**and/or immunities during and after office and for all acts before taking office, as privileges**

**or immunities are "basic" protections, in other words for and against inherently violent**

**things, such as for allowing use of force without statutory license and against a bio-tech**

**stress-depression weapon,** *see infra*) I hold under the United States Constitution, including while I was Representative to the Indiana State Bar Association of the Great State of Indiana and which I carry as 2013-2014 Student Government Association President of Emory University, Inc. in Atlanta, Georgia (corporate sovereign 2013-present) and 2009-2010 Student Body President of the Brownsburg Community School Corporation in Brownsburg, Indiana (corporate sovereign 2009-present). 18 U.S.C. §§ 241, 242, 245(b)(2)(A)-(B) & (F) and 28 U.S.C. § 1491(a)(1)-(2) and 18 U.S.C. §§ 2340 *et seq.* and 2385 *et seq.* U.S. const., art. IV, § 2[1] & amend. XIV, § 1[2]; U.S. const., art. VI, § 1 and Grievance 21, Decl. of Independence (1776)[3]; U.S. const., art. IV, § 1; *United Building & Construction Trades Council v. Mayor and Council of Camden,* 465 U.S. 208 (1984); *see also* 18 U.S.C. § 2385 ("political subdivision"). *Compare United States v. Arthrex, Inc.,* No. 19-1434 at p. 23, 594 U.S. ____ (2021) (Roberts, C.J., The Constitutional hierarchy requires "the exercise of executive power [to remain] accountable to the people.") ("executive power" includes power to communicate, recognize, correct, constrain, incapacitate, touch, assault, kill, defend, etc.) *with infra* notes 7 & 27 ("political power," includes all of the executive Powers and the power to make laws and adjudge). *See also Doe et al. v. The Trump Corp. et al.,* No. 1:18-cv-09936-LGS (S.D.N.Y. 2020), Dkt. 272 (subject matter found but denied intervention), *appeal denied* No. 20-1706 (2d Cir. October 9, 2020) *certiorari denied,*

---

1. "The citizens of each state shall be entitled to all privileges and immunities of citizens in the several states."

2. "No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States…" (includes state- and federal- created corporations, *see* Grievance 21, Decl. of Independence (1776) and U.S. const., art. VI, § 1).

3. Disengaging the bio-weapon is therefore a priority for the T.H. T.E. President of the United States. The President of the United States has not Recognized the Fourth Industrial Revolution led by Davos, Switzerland; in fact, Presidents from all parties have decided not to participate, as the United States in Congress leads necessary industrialization. *See* Monroe Doctrine. The Town of Brownsburg, Inc. (highest rank being Master) has stark parallels with the Fourth Industrial Revolution. The T.H. Ambassador to Turtle's Bay (The United Nations) (like the President of the United States, the Ambassador is styled T.E. ("The Excellent" or "Their Excellent") in foreign affairs and is also a Military position) is also responsible for ensuring my safety and cultural annexation efforts led by foreign- and Old-powers. 22 U.S.C. § 287 ("…who shall have the rank and status of Ambassador Extraordinary and Plenipotentiary and shall hold office at the pleasure of the President.").

*Patel v. Trump Corp.*, No. 20-1513 (U.S. 2021), *rehearing denied.* **Central to my complaint, in this case number, is the Taking of my intellectual property, my word patterns, through means and methods of advance weaponry, which I know, through eye witnessing, is in control of the United States, such as the F.B.I. and/or C.I.A., and a multi-part contract or a few contracts with the United States** *See generally* 18 U.S.C. § 175. In addition to the necessary trespass and auto-stalking and because of the number of encounters I have had with and am having with this stress weapon and the other parties involved, local, state and federal support was important or the lack thereof. *See generally Asahi Metal Indus. Co. Ltd. v. Superior Court*, 480 U.S. 102 (1987) (stream of commerce; supply-chain theory) and 18 U.S.C. §§ 1951 & 1961. **Counter-weapons also do not work, which are available either over-the-counter or prescription, which would stop attack on the human evolution of my future direct descendants, as the weapon is closely connected with the brain**. Beyond these aforementioned statutory and constitutional matters, my First Amendment right to Free Exercise of Religion (i.e. gains for forward human evolution, including physical exercising; my religion tells me to workout; brain's religious-side was prevented from being used, *see* 18 U.S.C. § 247(a)(2) and *infra* (Framer's comment on the mind)), Academic Freedom, prohibition of Establishment of Religion (Plaintiff, who is Constitutionally styled "The Excellent" in the United States for his political executive offices, including from Emory University (school of one of President Obama's half-brothers, Mark Obama; Obama's father-sons relationships contra-applied to me), argues he is more likeable than Harvardians of The Rev. John Harvard's Harvard University,

Inc.[4] which is allied and effectually with White, Indian, etc. terrorists,[5] *see infra* Exhibit A;

religion of the "Church of Likability"; *But see* science and facts; *contra. Id.* with the "suicide

bomber students," social retards = Harvard University students, including cohorts of Harvard

Medical School and Harvard Law School; cheaters and tone deaf; benefactors of the bio-tech

stress weapon; "poor enoughs")[6], Fourth Amendment unlawful search and seizure, 13th

Amendment, 5th and/or 14th Amendment Due Process, the Guarantee Clause, federally-prohibited

"pains" were violated, breach of contract, defamation, theft of intellectual property (my verbatim

word patterns), and civil-Racketeer Influenced and Corrupt Organizations ("R.I.C.O.") Act (with

possible multiple predicate crimes) violations, tortious interference in a business transaction,

honest services duties, and functional removal the constitutional *ispo facto* office of the a

candidate for the United States Presidency. 18 U.S.C. §§ 1931-34, 1951, and 1961 *et seq.*

**(minimum two predicate acts include extortion of intellectual property, which is also**

**Taking, interference of law school applications, interference with college applications,**

**interference in academic coursework in middle school, high school, Emory University, and**

**Notre Dame Law School, making me obese ("serious bodily injury), interfering with my**

**political subdivision incumbencies from 2009-2010, 2013-2014, and 2017, use of biological**

---

4. *Students for Fair Admissions, Inc. v. President and Fellows of Harvard College*, No. 20-1199 (U.S. 202_) (especially applicable to the 2009-2010 and 2014-2015 and other admissions cohorts) (describing Jewish (especially Ivy-Jewish), White-terrorist-, China-, and India-led efforts to re-categorize Asian-Americans, East-, South- and Central-, into "all Asians are smart" or "all Asians are not smart").

5. *See* Aris Folley, "Harvard students elect Black man as Undergraduate Council president for first time," *The Hill*, November 23, 2020, https://thehill.com/blogs/blog-briefing-room/news/527290-harvard-students-elect-black-man-as-undergraduate-council-president-for-first-time (Accessed August 19, 2021) (not-Fake News that Noah Harris, a full-negro man, was niggardly elected in 2020, possible due to United States reconstruction efforts, 12 year social delay minimum after T.H. T.H, T.H. T.E. Barack Obama's election) (My Precedent over Harvard, 18 U.S.C. §§ 241-242 (not enforceable as applied between us)).

6. If this Court of Federal Claims finds in my favor, the Privileges, Immunities, and Rights, granted to graduating undergraduate students, through their degrees at all schools, will be effected. In fact, law students and medical school students will have to repeat their coursework, because of the change in pleasure received from undergraduate transcripts.

weapon, and use of neuro-chemical weapon) and 42 U.S.C. § 1983 and 18 U.S.C. 2331(5). 18 U.S.C. §§ 1961–1968 & 1343–1346; *United States v. Nixon*, 418 U.S. 683 (1974); and *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971). **Relief is proper under 28 U.S.C. §§ 1491(a)(1)-(a)(2) and the respective civil relief statutes for R.I.C.O., 18 U.S.C. §§ 1961** *et seq.*, **honest services fraud, 18 U.S.C. §§ 1931-34, prohibition on intimidating in commerce, 18 U.S.C. § 1951, interstate and foreign racketeering, 18 U.S.C. § 1952, civil rights remedies, 42 U.S.C. §§ 1981-1985 and 18 U.S.C. §§ 241** *et seq.*, **punishment for genocide, 18 U.S.C. §§ 1091(b)-(c), and terrorism relief statute, 18 U.S.C. §§ 2332 & 2333.** *Cf.* U.S. const., amend. XI. (states not immune). 28 U.S.C. § 1652. While I am a law student, who is on a voluntary separation of leave while in good standing, at the University of Notre Dame du Lac, I do not meet the requirements of RCFC 83.2. **Nonetheless, the University of Notre Dame du Lac, in South Bend, Indiana, denies me my re-admissions permanently as of July-August 2021, even though medical professionals have expediently approved me for re-admissions since January 2018, and its acts violate the privileges of Juris Doctor and my intellectual property of carrying its Constitutionally-authorized degree of Juris Doctor.** *See e.g.*, **18 U.S.C. §§ 241** *et seq.* **(privilege of being a student; incumbency of being Representative from the Notre Dame Law School Student Bar Association to the Indiana State Bar Association) (University Counseling Center recommends to Jake Baska of the Notre Dame Law School to deny re-admissions via Amy Spanopoulos) (all university admissions is regulated by the United States Department of Defense, under top-top secret operations, as I know through partisan information) (local police is regulated by the United States Department of Homeland Security) (lawyers, especially those are also elected officials, are essential in cultivating government policy).**

## SUBJECT-MATTER JURISDICTION

Sovereign.

[1] The United States, hegemon, protector, and keeper of My Excellencies' weaponry and other shared technologies, through Its Government, is the defendant. *See* U.S. const., art. VI, § 1 Treaty of Paris (1185).

[2] The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States. 28 U.S.C. § 1331. Contract Cl., U.S. const., art. I, § 10, cl. 1.5. *See also* 28 U.S.C. §§ 1357 and 1367 ("supplemental jurisdiction.").

The United States Constitution, its laws, and its treaties are material to case-at-hand.

The Constitution is violated, especially the 5th Amendment Due Process (with Lenity), the 14th Amendment Due Process (with Lenity), the Privileges and Immunities Clause (*In re Quarles and Butler*, 158 U.S. 532 (1895)) (including but not limited to "the right to inform the United States authorities of violation of its laws"), the Privileges or Immunities Clause, and possibly the Guarantee Clause. *See* e.g., *United Building*, 465 U.S. at 208 and *Bivens*, 403 U.S. at 388.

Treaties of the United States which have been violated include, but are not limited to, the International Covenant on Civil and Political Rights (ICCPR), United Nations General Assembly Resolution 2200A (XXI), the Universal Declaration of Human Rights of the United Nations, and the Convention on Cybercrime (effective July 1, 2004) ("Additional Protocol to the Convention on Cybercrime, concerning the criminalisation of acts of a racist and xenophobic nature committed through computer systems," effective March 2006), and The Definitive Treaty of Paris (1783)[7].

---

7. "Magistracy" includes student government presidents' jurisdictions and has vestiges of political Power, i.e. analogous to the powers of an absolute monarch, some of which are also vested in the Commander-in-Chief of the United States Military, Armed Forces, and Space Force; "executive Power" vested in the President and "judicial Power" vested in the Supreme Court and lower tribunals, including but not limited to from the Roman Kingdom/Empire/Republic and the *shah*'s and *raja*'s of India, including of the Boston Tea Party. *See* Grievance 20, Decl. of Independence (1776) (System of English Laws includes the vestiges of the polities Great Britain

Acts of Congress material to the case include, but are not limited to, 18 U.S.C. §§ 241-242 (deprivation of privileges and/or immunities), 18 U.S.C. §§ 1961-1968 (R.I.C.O.), 42 U.S.C. § 1981-1983 (deprivation of civil rights, 5th Amendment; theft of intellectual property), or 18 U.S.C. §§ 1931-1934 (honest services) (theft of intellectual property).

The Monroe Doctrine (1823) and a Founding Document, the Declaration of Independence (1776) ("certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness"), are also material, as it protects intellectual property. U.S. const., art. VI, § 1-2 ("Preceding Clause", prior treaty engagement; Supremacy Clause) (Paris Peace Treaty – Congressional Proclamation of Jan. 14, 1784 (*See* Yale Law School's Avalon Project, https://avalon.law.yale.edu/18th_century/parispr2.asp) (every citizen is required to uphold the Treaty of Paris "sincerely, strictly, and completely").

[3] The district courts of the United States shall have exclusive jurisdiction over an action brought under Section 2338 of Title 18. 18 U.S.C. § 2338. *See also* 18 U.S.C. § 2333.

[4] 28 U.S.C. § 2501, para. 3 ("disability" applied to repressing going to court and overall stress, *see infra*). 18 U.S.C. §§ 2333 & 2338.

[5] *Sovereignty has successfully passed into the United States and Sister States. U.S. const, art. VI, § 1 + Treaty of Paris (1783). Contra, Chisholm v. Georgia (U.S.) (popular sovereignty is tacit.) Re. Amendment IX).*

replaced), Treaty of Paris (1783) and U.S. const., art. VI, § 1, art. II, § 1, cl. 1, & art. III, § 1, cl. 1. *See infra*, note 25. *See also* President John Adams, "Death of George Washington," December 19, 1799, https://millercenter.org/the-presidency/presidential-speeches/december-19-1799-death-george-washington (Accessed Aug. 19, 2021) (His example is now complete, and it will teach wisdom and virtue to magistrates, citizens, and men, not only in the present age, but in future generations as long as our history shall be read.). *Cf.* Magistracy of contemporary "magistrate judge." *See also* President James Monroe, "Seventh Annual Message (Monroe Doctrine)," December 2, 1823, https://millercenter.org/the-presidency/presidential-speeches/december-2-1823-seventh-annual-message-monroe-doctrine (Accessed Aug. 19, 2021):

> The Military Academy has attained a degree of perfection in its discipline and instruction equal, as is believed, to any institution of its kind in any country…It is unnecessary to treat here of the vast improvement made in the system itself by the adoption of this Constitution and of its happy effect in elevating the character and in protecting the rights of the nation as well as individuals. To what, then, do we owe these blessings? It is known to all that we derive them from the excellence of our institutions. Ought we not, then, to adopt every measure which may be necessary to perpetuate them?"

## WELL-PLEADED COMPLAINT STANDARDS

Motions drafted by *pro se* plaintiffs "are construed liberally and held to a less stringent standard than formal pleadings drafted by lawyers." *Fed. Exp. Corp. v. Holowecki*, 552 U.S. 389, 402 (2008); *Erickson v. Pardus*, 551 U.S. 89, 94 (2007); *McNeil v. United States*, 508 U.S. 106, 113 (1993).

Under Federal Rule of Civil Procedure 8(a)(2), a pleading must contain a "short and plain statement of the claim showing that the pleader is entitled to relief." As the Court held in *Bell Atlantic Corp. v. Twombly,* 550 U. S. 544 (2007), the pleading standard Rule 8 announces does not require "detailed factual allegations," but it…must contain sufficient factual matter, accepted as true, to "state a claim to relief that is plausible on its face." *Id.*, at 570. A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged. *Id.,* at 556. The plausibility standard is not akin to a "probability requirement," but it asks for more than a sheer possibility that a defendant has acted unlawfully. *Id.* and *see also Iqbal*, 556 U.S. at 662. Motions "must be construed so as to do justice." RCFC 7(b) and 8(e).

For the parts in a complaint related to R.I.C.O, *H.J. Inc. v. NW Bell Tel. Co.*, 492 U.S. 229, 248-250 (1989) states, as precedent to *Twombly* (2007) and *Iqbal* (2009), that "the facts alleged in the complaint [,by a petitioner or prosecutor, must be read] in the light most favorable to petitioners…[and courts may only dismiss] the complaint if "it is clear that no relief could be granted under any set of facts that could be proved consistent with the allegations." *H.J. Inc.*, 492 U.S. at 248-250 citing *Hishon v. King & Spalding*, 467 U. S. 69, 73 (1984). "Congress drafted RICO broadly enough to encompass a wide range of criminal activity, taking many different

forms and likely to attract a broad array of perpetrators operating in many different ways." *H.J.*

*Inc.*, 492 U.S. at 248. Moreover,

> As [Supreme] Court stressed in *Sedima,* in rejecting a pinched construction of
> RICO's provision for a private civil action, adopted by a lower court because it
> perceived that RICO's use against non-organized-crime defendants was an
> "abuse" of the Act, "Congress wanted to reach both *legitimate' and 'illegitimate'*
> *enterprises." 473 U.S. at 499. Legitimate businesses "enjoy neither an inherent*
> *incapacity for criminal activity nor immunity from its consequences"; and, as a*
> *result, § 1964(c)'s use* "against respected businesses allegedly engaged in a
> pattern of specifically identified criminal conduct is hardly a sufficient reason for
> assuming that the provision is being misconstrued."

*Sedima, S.P.R.L. v. Imrex Co., Inc.*, 473 U.S. 479 (1985). In the concurrence of *H.J. Inc.*,

492 U.S. at 256, Justice Scalia wrote:

> However unhelpful its guidance may be, however, I think the Court is correct in
> saying that nothing in the statute supports the proposition that predicate acts
> constituting part of a single scheme (or single episode) can never support a cause
> of action under RICO. Since the Court of Appeals here rested its decision on the
> contrary proposition, I concur in the judgment of the Court reversing the decision
> below.

*See generally Dred Scott v. Sandford*, 60 U.S. (19 How.) 393 (1857), *United States v.*

*Nixon*, 418 U.S. 683 (1974) (no person or no project/experiment is above the law, the Federalist

Project/Experiment), *Clinton v. Jones*, 520 U.S. 681 (1997) (individual's acts before becoming

president are not subject to Presidential immunity), and *Nixon v. Fitzgerald*, 457 U.S. 731 (1982)

(immunity limited to official acts). *See also* RCFC 21. *Cf.* parties to a case. "No man is above the

law and no man is below it: nor do we ask any man's permission when we ask him to obey it,"

said United States President Theodore Roosevelt. *See also* Paris Peace Treaty – Congressional

Proclamation of Jan. 14, 1784 (every citizen should uphold the Treaty of Paris "sincerely,

strictly, and completely"). *See also* U.S. const., amend. XI (states not immune). *See also Downs*

*v. Bidwell*, 182 U.S. 244, 382 (1901) ("No higher duty rests upon this Court than to exert its full

authority to prevent all violation of the principles of the Constitution."). *U.S. v. Lee*, 106 U.S.

196, 220 (1882) (Miller, J.):

> No man in this country is so high that he is above the law. No officer of the law may set that law at defiance with impunity. All the officers of the government, from the highest to the lowest, are creatures of the law and are bound to obey it. It is the only supreme power in our system of government, and every man who by accepting office participates in its functions is only the more strongly bound to submit to that supremacy and to observe the limitations which it imposes upon the exercise of the authority which it gives...
>
> Courts of justice are established not only to decide upon the controverted rights of the citizens as against each other, but also upon rights in controversy between them and the government...[the] Secretary of War...[and] officer had no more authority to make than the humblest private citizen.[8]

---

8. *Patel v. The United States et al.*, No. 1:21-cv-02250 (S.D.I.N. 202_), Dkt. 6 (Judge Dinsmore orders to recuse himself). *Id.*, Dkt. 8 (Motion to join Judge Dinsmore). *Id.*, Dkt. 10 (Amended Motion to order Judge Dinsmore to specify conflict of interest).

## FACTUAL BACKGROUND AND COMPLAINT

In 2015, before Professor Veronica Root Martinez, who attended Georgetown University of her undergraduate education and the University of Chicago for legal education, said a few words before the first day of Contracts Class (engaging the bio-tech weapon), and the exams were not graded until February or March 2016, due to Professor Root Martinez's pregnancy-related grading delay, which changed employment summer 2016 prospective. In Summer 2017, I was hired as Assistant Rector of Keenan Hall, but I resigned, in October 2017, as I was getting ready to withdraw from Notre Dame. **In 2017, Professor Veronica Root Martinez started doing the same thing with different word patterns before most of the Corporate Compliance and Ethics Course.** *Doe v. Univ. of Notre Dame*, No. 3:17CV298-PPS/MGG (N.D. Ind. May. 8, 2017), p. 19 and *Ross v. Creighton University*, 957 F.2d 410, 416 (7th Cir. 1992). When walking into the University of Notre Dame, in 2015, I did not think that the law school would engage in this stress situation because of the risk of getting sued, but I also thought they would disengage it with President Obama's and/or the White House's orders. In Professor Veronica Root Martinez's class, I received an A- in her contracts class and had an A in her Corporate Compliance and Ethics course, before I took a voluntary separation of leave in good standing in November 2017, and I think her employer, Noter Dame Law School, made her participate. Mark Mckenna was my Torts professor, in Fall 2015, while he was at the University of Notre Dame Law School, before he transferred to UCLA Law; I do not know whether he had a choice to engage a stress weapon. **Currently, I have a ringing sound inside my head, which causes the stress; counter-weapons also do not work, which are available either over-the-counter or prescription. The ringing sound is also what I hear when the terrorist approaches, rather than an alarm, it is the engagement of the same or another bio-tech**

weapon; the weapon can make it so it feels like I have fainted and then woken up. Sometimes, the ringing sound tries to erase what I have just heard; I can hear a rewind sound too. In addition, when a word pattern or other intellectual property (body language, demeanor, etc.) is taken from me and used by a President of the United States or a candidate for the Presidency of the United States, I get a notice in my person, which highlights the connection. The same is true for a few Hollywood movies and daytime soap opera episodes, during President Trump's presidency; white rings were disseminated from the soap opera screen and into my eye and from Instagram accounts too. [Specifics redacted for national security purposes.].

In 2016, I noticed a few times on television that Mr. Trump eluted to a scenario which made me further suspicious about my on-going privacy breach and stress. I did not notice this happening while I was in Atlanta, Georgia as much while I was working for the City of Atlanta Law Department but did before and after I returned to Indiana.

In 2017, before and after the summer employment at Barnes & Thornburg LLP in Indianapolis, Indiana, a few Notre Dame professors said my word patterns (from a previous conversation) before class started (once again engaging the bio-tech weapon), and some of those word patterns came from a conversation, with an insubordinate undertone, in 2014 with Dr. Ajay Nair (as far as I know, Pennsylvania State University with Ph.D. degree in Education and bachelor's degree in psychology) (Ajay calls judges and justices "mentally disabled, not smart"), now-President of Arcadia University in Glenside, Pennsylvania and former Dean of Campus Life at Emory University, Inc. in Atlanta, GA and my then-horizontal and vertical subordinate, the institution where I served as a corporate officer/President of the Student Government Association/Student Body President and graduated with an "A" average (3.72/4.0

G.P.A.) and with a Bachelor of Arts in Political Science and with Honors in the Academic Study of Religion.[9] At the Oxford College of Emory University, from 2011 to 2012, I was also a politically independent member of the Oxford College Republicans and served as the club's Vice President of Finance. I was also a supplemental instructor of probability and statistics at Oxford College. Most importantly, for the times I served in student government or in a club leadership, I felt like that my rights as a co-leader from The Declaration of Independence (U.S. 1776) (i.e. right to represent in a charter and freedom from interference in a charter) and my rights as a student from the Declaration of Independence (1776) (i.e. right to be represented in a charter) were violated, which are fundamentally essential for my "[S]afety and [H]appiness." The Declaration of Independence (U.S. 1776).

**In 2018, I noticed that President Trump used my exact word patterns, an identical phenomena, as aforementioned, to what was happening in his environs at the University of Notre Dame Law School in Notre Dame, Indiana** prior to the time period I took a voluntary separation in good standing, in November 2017, during my fifth semester of law school, which I started in August 2015, with a scholarship from the Notre Dame Law School and a scholarship from the Indiana Conference of Legal Education Opportunity administered by the State of Indiana Supreme Court. **My classmates and roommates would be able to serve as witnesses, though only some of my roommates participated in this situation**. Needless to say, because

---

9. All rivalrous force was deemed, by me, as a trespass to corporate sovereignty. Pet. for Re-Hearing, *Patel v. The Trump Corp.*, No. 20-1513 (U.S. 2021), p. 7. Further, without the stress weapon, I would have completed three undergraduate majors, business, political science (C.E.O. track), and religion, and/or completed my masters degree at Emory University, instead of completing just two undergraduate majors. Also, I might have completed a three-year or a four-year J.D.-M.B.A. or a J.D.-Ph.D. but for this stress situation, and I would have been valedictorian at each school of enrollment. I wish to recover for this injury, as well, and I can still be named valedictorian by this Court and bestow those privileges and rights onto me. Those titles for the valedictories can be vacated by this Court of Federal Claims, as it was un-Fair Play (but not student government presidencies). *See* Grievance 20, Decl. of Independence (1776) (System of English Laws includes the English Language and styles and science) and U.S. const., art. VI, § 1.

the United State Secret Service, along with the Federal Bureau of Investigations ("F.B.I."), and other federal military and civilian agencies, shares responsibility for the security of the many United States Presidential Candidates and the President of the United States, **I knew that federal law enforcement is aware that my words patterns were being transferred to President Trump, with or without legal authorization; Policy Advisors Don Jr.'s and Ivanka Trump's Instagram accounts were also used and the ringing sound became louder and I left a "wire" and a motor-sound on the right-side of my body when I saw Ivanka's Instagram story right before stepping into the Lifetime Castleton gym (next to the FBI-Indianapolis HQ); and my stay at the Trump International Hotel location in Washington, D.C. also included eavesdropping and e-battery through the hotel television (this conversation in the hotel room made it to pundits on cable news), earlier in the contemporary ongoing COVAID pandemic (my younger brother Neal K. Patel, who is currently enrolled at Georgetown Law Center, also stayed with me in the same room). The transfer of word/data can be happening through, including but limited to, beaming (e.g., satellite, radio, soundwaves, etc.) or wire (e.g. internet, telecommunications, etc.).** *Cf.* To-be-First Lady Melina Trump recites, at the 2016 Republican National Convention, identical word patterns from First Lady Michelle Obama's speech at the 2008 Democrat National Convention, in which word patterns are not exactly identical but might be paraphrased, which demonstrates a campaign and Administration style. I also think that telecommunication companies (including cell-site simulator companies) or the F.B.I. is facilitating this enterprise; alternatively, state or local authorities, National Guard, community informants (As current U.S. President, former U.S. Vice President, former U.S. Senate President, former Senator, and 2016 and 2020 U.S. Presidential Candidate Joe Biden might ask, do the selected community informants create or aim

to create monolithism, with the use of a stress weapon, as being one of their tactics to create their

ideal, utopian monolith? For instance, do the F.B.I.-Multi-Cultural Engagement Council
*some who drop as witches*
(MCEC) and the community informants have social targets to re-rank their monoliths?), a private

business, cultural police, or any person with paramilitary technologies can be facilitating this

enterprise with President Trump is and was partaking. U.S. const. amend. II. *See also*

"monolithism" in Merriam-Webster.com Dictionary (1828) ("the quality or state of being

monolithic...where political monolithism inevitably leads"). *See also* "umma" Lexico.com

powered by Oxford U. Press (2020) ("The whole community of Muslims bound together by ties

of religion"...'In Medina, [Prophet] Mohammed established an ummah, a Muslim community,

with every aspect of life - political, religious, social and economic - subject to Islamic

teaching.'"). *See also* "Community Outreach" webpage at

https://www.fbi.gov/about/community-outreach:

> The Multi-Cultural Engagement Council (MCEC) is composed of community
> ethnic, religious, and minority leaders who help the FBI better understand the
> cultures and committees they represent...

*But see* Declaration of Independence (Ajay Nair and many other non-elected and non-appointed

officials as community informants and community organizers would be in violation of this Text,

"deriving their just powers from the consent of the governed...To prove this, let Facts be

submitted to a candid world."). Thus, these community organizers have committed posterity

crimes. *See also* Monroe Doctrine (1823) as extended to Her Majesty's Commonwealth of

Nations – Great Britain and India (constituted as the "Sovereign Socialist Secular Democratic

Republic") and https://www.un.org/en/ga/search/view_doc.asp?symbol=S/PV.8452; National

Security Advisor John Bolton invoked the Monroe Doctrine in describing the Trump

administration's policy in the Americas, saying "In this administration, we're not afraid to use the

word Monroe Doctrine...It's been the objective of American presidents going back to

[President] Ronald Reagan to have a completely democratic hemisphere,"

https://www.washingtonexaminer.com/news/john-bolton-were-not-afraid-to-use-the-word-

monroe-doctrine. **Almost every night/morning, from 2:00am to 2:30am, a car comes to play**

**loud music, in front of my current residence; this happened at my old apartment too; the**

**music he plays is related to something I was playing (even "outdated" music) or lyrics**

**related to something I was doing that day.[10] In addition, two (2) people have asked me to**

**represent them as legal counsel, and I have not been able to represent them because I have**

**not completed law school yet. In fact, on or about December 7, 2017, I was removed from**

**my mom and dad's house (my primary residence, signed below), and I was accused of**

**pulling a gun against my mother, Manisha Patel, and Charmi Patel (who I explained my**

**privileges and immunities from presidencies, while sitting on my bed before eating out at**

**Nada Mexican Restaurant), my female cousin and Nina's daughter, and Nina Patel, my**

**dad's sister and Charmi's mother, were surprisingly witnessing from New Jersey (a state**

**where my family owns a house, along with White House Policy Advisor Ivanka Trump)**

**and severed as witnesses; I was held from Friday night to Monday afternoon at the**

**Ascension St. Vincent Stress Center in Indianapolis, Indiana on Emergency Detention,**

**even though I asked to leave, to await trial by a state mental health court, which did not**

**happen; then the state superior court dismissed my case.[11] That evening the conspiracy**

---

10. While living at 501 North Capitol Avenue, Indianapolis, Indiana 46204, initially, the songs were the theme songs from my porn, social media videos. *See infra.*

11. Kartik Patel was at one of our family businesses to spend the night. Kartik called the police from Indianapolis to Brownsburg. Nina, who was sleeping in my mom and dad's room with Manisha and Charmi, called Kartik to informed convene her story. Then, Kartik called the police, rather than anyone else at my residence. I was in my room, which is located to the left of the master bedroom. I had to walk out of my house and was put in handcuffs. Kartik requests everyone living in his that they call him before they call the police; Neal Patel honored Kartik's wishes even when my late grandfather was in peril in his sleep. I do not honor Kartik's police to speak to Government.

include multiple "word pattern recitations" and sound bites over the CNN news channel (dealing with asymptomatic COVAID signs and patients) and possibly Netflix via my bedroom's SmarTv. Because I was under stress, I do not remember if I pled my privileges and immunities of being Student Government President of Brownsburg Community School Corporation and Emory University, Inc. – that is, I, the Excellent, can display force to these "lay" citizens without being arrested or being removed from my house. Yet, while holding my newly-bought gun, before the police arrived and throughout the afternoon, I told Manisha that I am a Constitutional executive and that I can display a gun, even shoot her if I wanted, without consequences (because I would be upholding the Treaty of Paris (1783) and the United States Privileges and Immunities Clause and other Constitutional clauses) and that I am not afraid of her husband, who is also my father, Kartik Patel, and the people he has hired behind me and that the government is filled with corrupt actors, echoing President Trump's allegations against the inter-government-wide attempted coup, and that there is no way they can do this without me agreeing (although it happened). Charmi, Nina, and Manisha (legal owner of house of interest) slept there for the rest of the night, while I was at St. Vincent Stress Center in Emergency Detention. *Lange v. California*, 594 U.S. ___ (2021) (warrantless entry on hot pursuit of misdemeanant not justified; castle doctrine prevails).[12] The corrupt power is doing this (battering/torturing me) in the name of [big] family – not the United States Constitution – Obama, a fellow Democrat, would not support a Constitutional violation as it violates individual choices. *See* 18 U.S.C. §§ 241-242.

---

12. Peculiarly, the precedent of invitee, licensee, trespasser, occupant, residence, etc. was not honored by the Brownsburg Police Department.

Earlier, on or about September or October 2014, Charmi Patel[13], Vidhi Patel[14] and I

attended the Oxford College of Emory University Legacy Pinning Ceremony on invitation

from my younger brother, Neal K. Patel[15]. The night before the event, after taking the exit

to Oxford College, in front of the Taco Bell on Highway 278 NW in Covington, GA, Vidhi

told me to get out of her car. I argued with her that they were being jerks because I am the

2013-2014 Student Body President of Emory University and because we are headed

towards Emory's physical premises, and I told them that what they were doing is illegal. 18

U.S.C. §§ 1951 & 1961 *et seq.* Despite this, with my luggage in her car's trunk, they drove

off (starting to drive while the passenger door was still open), and I had to walk to our

nearby hotel, Holiday Inn. During the beginning of the trip, I had told them that my father,

with the government, had me under surveillance, for reasons *infra*, and that the

---

13. I sought a protective order, but it was denied. *Raj Patel v. Charmi Patel*, No. 32D02-2107-PO-000399 (Ind. Sup. Ct., Hendricks Cnty. July 2021). *See* Exhibit E. Kartik gave Nina, Charmi's mother, $10,000 when she bought her first house in the year 2005; therefore, Charmi feels indebted to Kartik. *See infra* note 18. Charmi, who was also at the time my Facebook friend, is also the one who convened the news to my grandmother that I was elected Student Body President of Emory University, Inc.

14. Sometime around the year 1994, the United States Department of State positioned Vidhi Patel and her family in my residence, my castle on Wooden Avenue in South Plainfield, New Jersey. *Arthrex, Inc.*, No. 19-1434 at p. 23, 594 U.S. at ____ (2021) (under castle doctrine, a castle may have a Monarch (king or queen); under precedent of citizens, Privileges and Immunities Clause and/or Privileges or Immunities Clause of the United States Constitution, only natural-born United States citizens are kings or queens; I was the only king in that castle and Neal, who was born in 1995, might also have been a king; Kartik was my I.R.S. head of household) (principles from castle doctrine are extended to naturalized-citizens and other citizens/residents of the United States). Wooden Avenue is still owned by Kartik. *See also* Slaughter Statutes (not applicable between killing of natural-born citizen and naturalized-citizen, Privileges and Immunities Clause and/or Privileges or Immunities Clause of the United States Constitution). Vidhi is recently married to Neal Sharma, who is a first-generation American and also is descendent of a British (white) and Indian (East Indian, Northern); Vidhi might be named Vidhi Patel Sharma.

15. In the car, I brought up how Kartik did not buy me a brand-new car in high school, and I had to use my grandfather's Toyota Camry to get around, whereas Kartik bought Neal a brand-new Acura in high school. I did not have a brand-new car, Audi Q5, until junior year of college. I also spoke about how the stress weapon hindered me from going to a higher-, elite-ranking school but that I still made the most of Emory University. I also brought up almost all of the reasons why I did not then and do not still get along with my mom and dad, *see infra*. Neal was also a part of the Brownsburg High School student government (C.H.A.I.N. Link), as an academic advisor; the academic advisor did not exist during my incumbency. Family psychology also says that the older sibling is substantially more likely to perform better in school and life; terrorism is the only reason why there is a break in family psychology, as taught in College Board's Advance Placement Psychology course.

surveillance was unlikely (a bluff, as the stress weapon was engaged on me) because I was with them. 18 U.S.C. §§ 241-242 & 247. I think, like Charmi (an accountant with aspirations of being a legal professionals), Vidhi (a doctor of osteopathic medicine (D.O.) and an immigrant, naturalized-citizen to the United States), was jealous with a streak of envy and feeling uneasy; both of are mentally disabled, as they have a hard time around Constitutional authority figures, including me.[16] *Id.* Throughout this time, I also argued eugenics, stating that I have very high (the very top of the top of the highest category) testosterone, making me more genetically fit for leadership.[17] The seconds I was getting out of the car, Charmi said that "I needed to learn a lesson," although I do not know what she was alleging as I have no academic fits unlike her, and I do not know why she was trying to act like my owner; I responded that she was not my accountability group or oversight. Within this case, it is possible that the naturalized citizens are breaking their Oaths of Allegiance. 8 U.S.C. § 1448 *et seq.*

In October 2015, during my dad's late dad's funeral, I got into a dispute with Dhaval Patel, who is my dad's sister's (Nina's) son and Charmi's older brother. At the day of the funeral, after my mom knocked on my door to come downstairs at our 1239 Spring Lake Drive, Brownsburg, IN 46112 residence, when I was putting on my tie, Dhaval breaks into my room, on request from Kartik or Manisha, and starts yelling in my face. 18 U.S.C. §2239. Then, he said, "I will treat you the way you treat others." 18 U.S.C. §§ 241-242 &

---

16. I wonder if the terrorist, while hindering me, helped my family members and extended family members make an academic gain and financial gain, as I am surprised by their achievement despite their sub-par grades. During the first attack, I recall in my bedroom, the terrorist asks about my family members; I do not recall answering truthfully, as she had no Constitutional color/badge/commission/appointment/election. I recall assuming that I am involuntarily interacting with a terrorist, as I wake up from a sleep or a ring.

17. I explained this to Ajay Nair, Ph.D. as well, during our meeting. My comment is not target women leaders, as I have voted and worked for female candidates for office. The religion I was raised in has both contemporary and ancient history of all-gender equality.

1961. Dhaval was unequivocally referring to my father, Kartik, who is also his uncle, because of the conversation we had earlier on during the trip. *Id.* I thought Dhaval was going to punch me, especially because he had his hands up and because he has received bruises from fist fights before. 18 U.S.C. § 247 and *Arthrex, Inc.*, No. 19-1434 at p. 23, 594 U.S. ____ (2021) (castle doctrine should prevail). I could not help but think that Dhaval made those comments because of my Due presidencies. 18 U.S.C. § 247. Plus, Dhaval sympathizes with Kartik for domestic violence towards Manisha. *See* Democratic National Committee of 2012 (the representation of Kazir Khan and Gazala Khan). Dhaval also brought up my Facebook social media account and said, "Your dad does not like" the stuff you have liked on Facebook, referring to military, political, and social figure's Facebook pages. 18 U.S.C. § 247. I do not know how my dad knows what I have "liked" since he was not my friend on Facebook. Dhaval and I then went down. Kartik had the funeral videotaped.

In Spring 2014, Dhaval visited Atlanta while I was still at Emory University; so, Dhaval asked if I would receive a package for him, which he would then pick up from Emory University. Dhaval told me he did not want problems at the airport and that he and his friends were visiting Atlanta for a concert. Because I was under the influence of the stress weapon and as I have had problems at the airport of being randomly checked, I said, "yes." I thought they were Dhaval's prescribed medication for his mental disability, Ritalin; I saw the methylphenidate prescription bottles on his dresser in Summer 2013 when I visited Dhaval and Charmi for Charmi's 25th BBQ birthday. I met Dhaval and his friends for two minutes as he received the package; I have met Dhaval's friends before, including when I visited for a few weeks, when I was younger, and at his graduation party;

Dhaval's friend named "Raj" was present. Dhaval and rest of all of my dad's siblings and their families are of lower caste (Indian, with vestiges from the British Raj, and Hindu *varna* caste system) than me; throughout my relationship with they have displayed inferiority complex towards me and have even said "you guys are better." My mom, my mom's dad, my mom's mom, and her younger brother is of lower sub-caste than my father and me; my mom's sister married a Desai who have Patel's by caste but changed their loyalty to the British during the British Raj and became tax/revenue collectors; Desai's are often seen as being "better." All my mom's first nieces and nephews were born in India and only recently immigrated to the United States; these people like appropriating or imitating me, which are both from Bibical violence and Hindu violence (i.e. *Brahmin* impersonations), and my father, especially since my mom's brother moved into Brownsburg and sends his kids to B.C.S.C. *Id.* Nonetheless, all of my mom's siblings have always been poorer and only my dad's late oldest sister, Mayuri Patel, was richer at one point; my dad's oldest sister died by suicide by fire in her basement after her husband, Umesh Patel, found love letters to her male lover in India, who was a male witch. I asked Dhaval if his mom has ever told them, because Charmi and my mom are the ones who told me that; Kartik and his mother, Kusum, never told me, as they probably knew during the arrangement with Umesh, an Indian-African. Nonetheless, since Umesh and Mayuri's son, Jaynesh Patel (who is also known as "Jaynu" or "Jay"), who has been to federal prison, maybe more than once, and Dhaval's mental health led me to perform a check on psychology; I discovered that converging cultures, in their very homes, have caused their

*[handwritten margin note:]* she met he with through my grandmother who is also her mother. My grandmother knows witches in the USA, and my late grandfather used to complain about them. I assumed it was technology. I think my dad says the witch within god.

mental disabilities.[18] I advised Dhaval to only pick the culture of the People of the United States Constitution; Dhaval is now is a relationship with a female named Megan.

These are not the only events of interest. During my junior and senior year of high school, my parents did not let me attend prom. During my junior year (2008-2009), I was on the Junior Class Committee and served as the chairs for the Money Committee and Food Committee and the Student Government Reconstruction Committee (sparked for the opening of the new Senior Academy of Brownsburg High School, with the Class of 2010 being the inaugural year), which are facts known to my parents. While I asked my parents to sign the permission slip to go to prom (if there was one), they said "no" (although they do let me attend the other dances, Homecoming and Spring). I argued with me, especially noting my privileged commitments. My father just wanted to be more powerful; attending prom is also an American religious tradition. 18 U.S.C. §§ 241 and 247(a)(2). To make things worse, the stress weapon was also engaged, even more, around this time. *Id*. In fact, it was turned on right after picture day for clubs, during junior year. *Id.* During my senior year (2009-2010), as I was the Student Body President of Brownsburg Community School Corporation and the President of the Brownsburg High School Student Government C.H.A.I.N. Link, I knew what pattern would repeat; again, still a minor (born in September 1992), I had to ask my parents; both of them denied me permission to attend prom.[19] 18 U.S.C. §§ 241 and 247(a)(2). The stress weapon was once again engaged. *Id.*

---

18. *United States v. Jaynesh Patel*, No. 1:12-cr-00007-FPS-MJA-1 (W.D. Va. 2012).

19. Manisha mildly suffers battered-wife syndrome, possibly, because of Kartik Patel's behavior. Kartik, a properly vetted legal immigrant and now-naturalized citizen, saw it as his cultural Freedom or Liberty and a form of Justice, per the Constitution of the Sovereign Socialist Secular Democratic Republic, was is to appease the Muslim minority in Hindu-majority India. India const., pmbl. I told Manisha, Kartik, Charmi, Vidhi, Neal, and others that I am too Constitutional for family-based domestic violence. Charmi was pissed because Nina Patel, my aunt and Charmi's mother, divorced her father, Ashok Patel, after Ashok kicked Nina in their bed, at the time; Charmi was upset that Nina told me this.

Around this time, I made contact with the Obama White House again. Nonetheless, my religious practice and privileged role was hindered by my parents; I was afraid that I would not be able to attend a *U.S. News* Top 1-20 Undergraduate University, if the school or the police sanctioned me before high school graduation in May 2010, or change the 50-50% ratio of my inheritance.[20] I thought, who would believe my constitutional law arguments other than my friends? 18 U.S.C. §§ 241 and 247(a)(2). Besides, with the Obama White House and my prior contracts were still intact.[21]

Inspired by my middle school, prior to becoming Corporate Student Government President (an unitary system), as a response to the stress weapon (constitutional *jihad*, as I called it), in or about April or May 2006, I made a porn video and distributed it to my classmates over Myspace. I made a few more throughout my first year and half of high school, as I went through a weight loss transformation. I used this as a part of my campaign efforts for student government, and porn is an American religious tradition. 18 U.S.C. §§ 241 and 247(a)(2). I do believe that a few of my schoolmates made contacts and contracts to use the stress weapon on me, during social events, as an attempt of attacking social status. While I was not sanctioned, while at the Brownsburg Community School Corporation, or by the State of Indiana or the United States (which encouraged my videos), I wonder if they deferred punishing me for my videos, which created popular opinion in my favor, for "people on the ground." Hence, I am forced to look "porn free," *per supra* note 7, by these bio-tech batterers, which also used to help surpass my porn past, in high

---

20. I had to tell my dates "no," during my senior year. During my junior year, I did not ask anyone out. Once Neal, my younger brother, was of age, they let him attend the high school events. I was able to attend the Notre Dame Law School social events. Oxford College and Emory College of Emory University's social events, I attended as well, although dances were scarce outside of Greek Life members.

21. The United States or its political subdivision, Brownsburg Community School Corporation, could have cancelled prom or use law enforcement to ensure my privileges, official and individual, were not deprived.

**school, which was supposed to be kept as secret with the B.C.S.C. ("corporate secret").[22] 18**
**U.S.C. §§ 241 and 247(a)(2).[23]**

    Sometimes, though never from President Trump (R) nor Speaker Pelosi (D), the
sound/tones of the words is supposed to trigger a whip/battery. *Cf.* Then-Leader Pelosi and then-
Speaker Paul Ryan participate in the stress situation by supporting me in a constitutional
perspective that I was speaking about with Dr. Nair. The academic study of political science and
political psychology calls this phenomena "word whipping" or "word lash" (a person must first
be infected with a psycho-tech) and military psychology has analogous applied and executed
functions. As a side note, I am not sure if the initiative of word whipping/lashing, as a matter of
policy, belongs to a political party, a corporation, a home-grown terrorist group (i.e. within and
from person's home, within the Homeland, etc.), a charted cultural group, a state of the United
States, the United States, or a foreign power. *See also Goldwater v. Ginzburg*, 414 F.2d 324, 337
(2d Cir. 1969), *cert. denied*, 396 U.S. 1049 (defendants found guilty for compensatory and
punitive damages for actual malice libel case with the use of tactical psychology). **Nonetheless,**
**as in aforementioned (3), my verbatim word patterns were taken from me, but if they were**
**taken for public use, including but not limited to disciplinary or correctional efforts, I did**
**not have "just compensation," pursuant to the Fifth Amendment or the Fourteenth**
**Amendment of the United States Constitution.** U.S. const., amend. V & XIV. Theft or taking
also necessitates a breach of the Fourth Amendment. U.S. const., amend. IV. Overall, I think that

---

22. My stage name was "First Indian Porn Star," although I knew I was not the first one to make porn.

23. Porn stars are sexual minorities. This stress technology is similarly used to change forcefully someone's sexual
orientation. It is possible that is someone is "gay bashing" because someone thinks that I am gay and are trying
to change me; while the Indian elites and Westernized Indian diaspora have high approval ratings for LGBTQ
individuals, the terrorist target these groups to encourage arranged marriage. *See* Christy Mallory, Taylor N.T.
Brown, Kerith J. Conron, *Conversion Therapy and LGBT Youth Update*, UCLA School of Law Williams
Institute, https://williamsinstitute.law.ucla.edu/wp-content/uploads/Conversion-Therapy-Update-Jun-2019.pdf
(Accessed Aug. 18, 2021).

some thing [sic] has been misapplied or mis-enforced, and I do not know what I did to deserve this inducement and delay in my career. I also think that this situation violates the prohibition on "cruel and unusual" punishment because it permanently lowers my grades and impacts my career and social status, in the domestic and foreign contexts. U.S. const. amend. VIII (*see also Timbs v. Indiana*, 586 U.S. ___ (2019)); U.S. const., art. IV, § 2, cl. 2 ("Comity Clause" or "Doctrine of Comity" or "Privileges & Immunities Clause"), amend. XIV, § 1 ("Privileges or Immunities Clause"), & art. IV, § 1 ("Full Faith & Credit Clause"). I believe that all behavior was unlicensed or illegal some other way. *See also Id.* and 42 U.S.C. § 1981 ("…pains…"). *See generally* 42 U.S.C. §§ 9501 *et seq.* (Mental Health "Bill of Rights"), 9501(1)(A)(i) – (ii), & (2)(A). I voted in almost every election since I have turned eighteen (18) years old. U.S. const., amend. XV, §§ 1 & 2 (voting is a secluded right and a privilege and/or immunity and Amend. IX). Based on my observations, I am able to send a possible implementation method of depression/anxiety/stress, to this court.

In many folds, should this be a Taking, because the Taking was continuous or forcibly used for corrections, in addition to other crimes, I feel that my situation is one of "slavery" or "involuntary servitude." U.S. const. amend. XIII; *see also* 42 U.S.C. §§ 1981(a)-(c) ("Equal rights under the law"), 1982 ("Property rights of citizens") & 1983 ("Civil action for deprivation of rights"). *See also* "slavery" in Merriam-Webster.com Dictionary (1828) ("the practice of slaveholding…the state of a person who is a chattel of another…submission to a dominating influence") and "involuntary servitude" in West's Encyclopedia of American Law, retrieved August 2020 from Encyclopedia.com ("slavery; the condition of an individual who works for another individual against his or her will as a result of force, coercion, or imprisonment, regardless of whether the individual is paid for the labor."). 18 U.S.C. §§ 241-242.

Should my case at hand entail medical attention, all medical attention was unconsented and unnecessary and based on false information. *Collins v. Thakkart*, 552 N.E.2d 507 (Ind. Ct. App. 1990) (intentional, unconsented medical procedure through intimately connected object was battery, unlawful touching of another person); Indiana state laws and federal laws are also violated; 28 U.S.C. § 1652. Section 9501 preempts Indiana State constitution and law, per the Supremacy Clause, and is a part of Due Process and Amendment IX, and furthers the general United States constitutional rights to medical privacy and to refuse medical care. *Griswold v. Connecticut*, 381 U.S. 479 (1965); *Cruzan v. Director, Missouri Dept. of Health*, 497 U.S. 261, 270 (1990); U.S. const. art. VI, cl. 2 & amends. V, IX, & XIV. *See also* 42 U.S.C. § 9501(2)(A). Section 9501 refers to the President's Commission on Mental Health. 42 U.S.C. § 9501, para. 1.

**T.H. President Biden, who succeeded T.Hs. Presidents Bush, Obama, and Trump, is the Head of State of the United States and the Head of Government of the United States and stated at his inaugural address that the United States is an un-civil war; President Trump's comments only indicate support of President Biden's remarks. U.S. const. art. II, § 3.** Moreover, Vice President Pence could have brought this situation from Indiana, where we both live, or Indiana State Capitol, where we both used to work, to the White House.

Sometime between January to April 2015, when I was a Tax and Fiscal Policy Intern for the Indiana State Senate Democrats and Indiana State Senator Karen Tallian, when I visited a United States Military recruiting for the Marines, I had met the qualifications, and I did not have the stress weapon used on me. Yet, once the General walked in, on my way out, it seemed like he was trying to engage the stress weapon based on his facial expression. In 2018 and onward, I no longer met the requirements for the United States Military, because of the stress weapon, and I was denied recruitment. I thought that the Military would add to my carry, as my resume and

political attainments clearly show that I wish to be Commander-in-Chief of the United States Military, Armed Forces, and Space Force. I promise and support nuclear war with anyone who interferes with the Constitution's Absolute Order; with my East Indian blood (and receiving many of their votes at Emory University and maybe Notre Dame Law School) and its nuclear weapons, as Commander-in-Chief, I would have the largest nuclear arsenal in the Milky Way Galaxy.

**The privacy breach has not only defrauded me of President Trump's honest public service to protect me (and to serve me in official capacity) but also caused a loss in business opportunity and harassment by knowing that my intellectual property has been taken from me.** *See* 42 U.S.C. § 1982. President Biden owes me a similar duty, and **my face-to-face interactions with the F.B.I.-South Bend and F.B.I.-Indianapolis and CIA-Human Resources indicate that they were asked to participate and organized this conspiracy because they used and command the stress weapon**; such information could be stored in the respective government security clearances, i.e. top-top secret, top-secret, confidential, or sensitive, or individuals can be ordered to testify. After starting high school, in 2006, I become a sole proprietorship, upon declaration, with a conglomerate structure.

**Several times in 2018, 2019, 2020, and 2021, I contacted the White House through its website to ask President Trump, both in his official capacity as President of the United States and in his personal capacity, to see whether he was aware of my situation, but I received no explicit answer. When I contacted President Obama in 2009 and 2014 or 2015 about this on-going conspiracy through whitehouse.gov, Joe Biden was Vice President of the United States.**

President Biden can trigger "need to know" and terminate the on-going privacy breach and electronic battery (e.g. CDMA-controlled ringing-sound technology, etc.); or, President Trump should have ordered the United States Attorney General, as is President Trump's power, to investigate this on-going R.I.C.O. enterprise and situation, or killed the aggressors or rebellion. 18 U.S.C. § 1968; 42 U.S.C. § 1983; Guarantee Cl., U.S. const. art. IV, § 4. *But see* 18 U.S.C. § 2383. **18 U.S.C. § 1961 (sections 175–178 (relating to biological weapons)**[24] (DNC Electoral College vote winner and 2016 DNC Presidential Candidate Faith Spotted Eagle), sections **229–229F (relating to chemical weapons) (e.g. neuro-chem-psycho weapons)**, section 831 (relating to nuclear materials)). As I have plead, any of these individuals, if not willfully participating, could be being accessorized or contractually-agreed for these legal violations**, i.e. words/sounds fly out people's mouth, or are hypnotized with aid from biological or chemical potions. The bio-tech also works like an ear-piece with which Plaintiff can receive communications, but usually has been just phrases; this is the technology that is also used for subliminal messaging to make me obese, cause fatigue, and quite working out**. I e-mailed now-Her Honor Justice Amy Barrett and few other e-mails before leaving from my student e-mail, but I did not receive the correct e-mail address.

In 2018 and 2019, I moved President Trump, the Oval Office, and the Court of the West Wing to Order a restoration of my rights and to be free from this privacy breach and enterprise and to ensure that private enforcement companies, working for a political or personal rival, were not harassing me, including for the reason to reduce the chances of me holding political office

---

24. Hindu-terrorists are known for bioterrorism, especially on the West Coast of the United States; bio-warfare and insubordination are what caused the mass starvation and economic turmoil in India, which is also one of the nine nuclear countries and one of the main contributors of human capital for Harvard University's leadership. The advance CDMA-enabled bio-warfare is knowingly imported by embassies to cause stress and other conditions.

one day, which is a form of unlawful political succession planning. 18 U.S.C. §§ 1964(b), 1968, and 1343. I also moved the United States Senate and its committees and the United States House of Representative and its committees. As I informed President Trump and Speaker Pelosi, I co-founded the Indiana High School Democrats-Young Democrats of America (Y.D.A.) and was later Vice Chair of the Indiana High School Democrats. While I want to keep the word patterns and scenario as sensitive information, I would like to state that the content of the word patterns is non-profane and non-explicit. Nonetheless, the word patterns were used to batter/whip me via the soundwaves as a part of this enterprise or scheme, across state (including but not limited to California, Florida, Indiana, Washington, Washington, D.C., and Georgia) and international boundaries (His Excellency President Macron of France and Her Majesty Queen Elizabeth II are also personally involved, as I have comminated this, showing me through the television).

Other knowledgeable parties or witnesses include my classmates, girlfriends or relationship partners, Vice President Mike Pence, Emory University, Inc. (Atlanta, Georgia) officials, University of Notre Dame (South Bend, Indiana) administration and professors, F.B.I., family members, family friends, and acquaintances, and I sued many of them in the Southern District of Indiana in Indianapolis, Indiana. *See generally Raj Patel v. Pikul Patel, Indianapolis Metro. Police Dep't, Governor Eric Holcomb, Claire Sterk, United States, Ne[a]l Patel, Shiven Patel, Vice President Michael R. Pence, Kartik Patel, Brownsburg Police Dep't, State of Indiana, Veronica Root Martinez, Kusum Patel, Speaker Nancy Pelosi, Ajay Nair, Mick Mulvaney, Emory Univ., Brownsburg Cmty. Sch. Corp., F.B.I., Lloyd H. Mayer, Barbara J. Fick, Kristin Pruitt, Ramesh Patel, Manisha Patel, Univ. of Notre Dame Law Sch., Kshitij ["Situ"] Mistry, and President Donald J. Trump*, No. 1:2020-cv-00758 (S.D. Ind. Mar. 9, 2020); *see also Patel v. Trump. et al.*, No. 1:2020-cv-00454 (S.D. Ind. Feb. 19, 2020); *Raj Patel v. F.B.I., Univ.*

*of Notre Dame Law Sch., Emory Univ., Indianapolis Metro. Police Dep't, and Brownsburg Police Dep't*, No. 1:2018-cv-03442 (S.D. Ind. Nov. 13, 2018); *Raj Patel v. F.B.I., Kartik Patel, Indianapolis Metro. Police Dep't, and Brownsburg Police Dep't*, No. 1:2018-cv-03443 (S.D. Ind. Nov. 13, 2018); *Raj Patel v. F.B.I., Indianapolis Metro. Police Dep't, and Brownsburg Police Dep't*, No. 1:2018-cv-03441 (S.D. Ind. Nov. 13, 2018). Prior to suing in the Indiana federal court, on August 23, 2018, the Superior Court of Hendricks County, Indiana granted me a protective order against Mr. Kartik Patel, my father and a naturalized, not-sovereign United States citizen from India. *Patel, Raj v. Patel, Kartik*, No. 32D05-1808-PO-000372 (Ind. Super. Ct., Hendricks Cnty. August 2018).[25] At the time I filed for a protection order against Kartik, I should have also moved the court for a protective order against Manisha Patel, my mother and a naturalized, not-sovereign United States citizen from India. Nonetheless, on July 7, 2020, I did move the Indiana Superior Court for a protective order against Manisha, and the court denied my

---

25. I sought the protective order for contacting me, even when I asked him to stop. The protective order was issued, and, while seeking this protection order against Kartik Patel, I was able to avoid the stress weapon because I walked into the courthouse. Throughout the time the protection order was intact, contrary to what The Honorable Judge ordered (standard form order), the stress weapon remained engaged. If Kartik's and the State of Indiana's and other persons' presumptions of innocence are not overcome, then the United States is also responsible, as state court decisions are not binding on the United States. I later withdrew the protective order because I needed cash. Aside, I was receiving $2,000 a month, throughout most of the time the protective order was in tact, from a bank account linked to Kartik and Manisha, as they promised me such an account until I go back to law school. Kartik gave me money to pay off a $31,000 cash advance from J.P. Morgan Chase Bank, which were covering my expenses. Since February 2020 or earlier, Kartik is surprisingly withholding money from me (at least $2,000 a month); this leads me to believe that Kartik is under the influence a bio-tech control, commanded either by the United States (Trump White House change) or the Hindu Terrorist God Witch, giving me money or not. Kartik is also surprisingly and out of character lending money to estranged, recently-immigrated, distant family members (who are of the same caste, during the British occupation and are wantonly positioned in the same state or Midwest region by the United States Department of State), which he does not do. Further, Kartik religiously threatened me (that I will have to be born again; meaning he will create a "mother f***ing obstacle," if he able) once I told him that I borrowed money from my mom's brother, Pikul, who might have also bought a family business under sham consideration. Out of character is also Kartik selling a business to a family member who has verbally fought with. Another thing out of character is Kartik saying that he is going to donate $200,000 a year, minimum, and $200,000 for his policy or philanthropic agenda but has not mentioned Emory University, Inc. for donations. Yet, Kartik does not want to buy a Tesla or a Lamborghini now, which he can afford; plus, Kartik has worked to help build my credit score, which is religion to the business-caste of the Hindu *varna* system and which his actions are causing a lowering of. 18 U.S.C. §§ 241 *et seq*. Religious technology, my studies show, works this way, including the way Faith Spotted Eagle, as I discuss, mentions.

complaint for a protective order, on August 4, 2020. *Patel, Raj v. Patel, Manisha*, No. 32D04-2007-PO-000276 (Ind. Super. Ct., Hendricks Cnty. August 4, 2020).[26] **Embedded within this communal aggression is religiously-motived acts and violence, which alter prospects of my re-election too, as a natural-born American sovereign. U.S. const., art. II, § 1, cl. 4.; 18 U.S.C. §§ 2331(1) & (5);** *Slaughter-House Cases*, **83 U.S. (16 Wall.) 36, 71, and 77-78 (1873) ("the clause was interpreted to convey limited protection pertinent to a small minority of rights, such as the right to seek federal office"; privileges of other "butchers," applied as well to students, student government presidents, and incumbent and former elected and appointed officials).**

These other knowledgeable parties are the individuals that President Trump, with or without actual knowledge, engaged in an "enterprise" with to defraud me and put me in a state of psychological warfare and deprived me of honest services. 18 U.S.C. §§ 1961 and 1346 and 42 U.S.C. § 1983. Nonetheless, the application and enforcement of a stress weapon on a citizen of the United States, including those in civil incapacitation, violated Original Intent of the Founding Fathers and Framers of the Constitution (1789) and appears in the Privileges and Immunities Clause, Article IV, Section 2, applicable to and especially for political subdivisions, states and the federal governments and their other chartered entities. Thomas Jefferson introduced in the

---

26. I sought the protective order for sexual battery; while in middle school or high school, Manisha Patel, forced herself into the walk-in shower in my mom and dad's bathroom, which I used everyday because the other bathroom is used by my grandparents and was used by my mildly physically-disabled late grandfather (dad's dad), and tried to wash my inner thigh and penis and testicles. My comment to her is that I do not have an unattractive penis, unlike what she may be thinking about. I did not welcome the sexual battery, and she tried to exert illegal and terroristic power over me. The protective order was not issued, although, in front of Her Honor of the Superior Court, Manisha said she would not speak to me. Manisha did not uphold that promise: (1) August 16, 2020, (2) August 29, 2020, (3) September 2, 2020 (my birthday, spoke wilfully because of flat tire, which I think they gave me), (4) September 19, 2020 (told her not to speak to me again), (5) December 9, 2020, and (6) December 19, 2020. After that, we have been talking, while arguing everyday, because Neal's girlfriend was here over Christmas. Manisha graduated second in her college graduating class, in India, and she has always been jealous of my academic performance.

Virginia General Assembly and the Assembly passed "A Bill for Establishing Religious

Freedom, 18 June 1779":

> *Well aware that the opinions and belief of men depend not on their own will,*
> *but follow involuntarily the evidence proposed to their minds; that* Almighty God
> hath created the mind free, *and manifested his supreme will that free it shall*
> *remain by making it altogether insusceptible of restraint*; that all attempts to
> influence it by temporal punishments, or burthens, or by civil incapacitations, tend
> only to beget habits of hypocrisy and meanness, and are a departure from the plan
> of the holy author of our religion,...that our civil rights have no dependance
> [sic] on our religious opinions, any more than our opinions in physics or
> geometry; that therefore the proscribing any citizen as unworthy the public
> confidence by laying upon him an incapacity of being called to offices of trust and
> emolument, unless he profess or renounce this or that religious opinion, is
> depriving him injuriously of those privileges and advantages to which, in common
> with his fellow citizens, he has a natural right; that it tends also to corrupt the
> principles of that *very* religion it is meant to encourage, by bribing, with a
> monopoly of worldly honours and emoluments, those who will externally profess
> and conform to it; that though indeed these are criminal who do not withstand
> such temptation, yet neither are those innocent who lay the bait in their way; *that*
> *the opinions of men are not the object of civil government, nor under its*
> *jurisdiction*; that to suffer the civil magistrate to intrude his powers into the field
> of opinion and to restrain the profession or propagation of principles on
> supposition of their ill tendency is a dangerous falacy [sic],...human interposition
> disarmed of her natural weapons, free argument and debate; errors ceasing to be
> dangerous when it is permitted freely to contradict them.
>   ... *Acts passed at a General Assembly of the Commonwealth of Virginia*,
> Richmond: Dunlap and Hayes [1786], 26–7 cited in "82. A Bill for Establishing
> Religious Freedom, 18 June 1779," *Founders Online,* National Archives,
> https://founders.archives.gov/documents/Jefferson/01-02-02-0132-0004-0082
> citing *The Papers of Thomas Jefferson*, vol. 2, 1777–18 June 1779, ed. Julian P.
> Boyd. Princeton: Princeton University Press, 1950, 545–553.

In Federalist No. 42, James Madison, Father of the Constitution, states that "[t]hose who come

under the denomination of free inhabitants of a State, although not citizens of such State, are

entitled, in every other State, to all the privileges of free citizens of the latter; that is, to greater

privileges than they may be entitled to in their own State..." Federalist No. 42. In Federalist No.

80, James Madison states that the Privileges and Immunities Clause is "the basis of the union"

and is basis of the National Character. Federalist No. 80.[27] The Supreme Court, in *Corfield v.*

*Coryell*, 6 F. Cas. 546 (1823), also states that the Privileges and Immunities Clause, U.S.

Constitution Article IV, Section 2, Clause 2 also includes the "Protection by the government; the

enjoyment of life and liberty, *with the right to acquire and possess property of every kind,* and to

pursue and obtain happiness and safety; subject nevertheless to such restraints as the government

may justly prescribe for the general good of the whole." *Corfield v. Coryell*, 6 F. Cas. 546 (1823)

(Washington, J.) (emphasis added) and U.S. const. art. IV, § 2, cl. 2 ("Privileges & Immunities

Clause"); *see also* U.S. const. amend. XIV, § 1 ("Privileges or Immunities Clause"), 42 U.S.C.

§§ 1981-1983. On July 12, 1816, Thomas Jefferson said to Samuel Kercheval, also known as H.

Tompkinson, the following, which advocates for remedying the use of psychological weapons,

such as the stress weapon:

> I am certainly not an advocate for frequent and untried changes in laws and
> constitutions. I think moderate imperfections had better be borne with; because,
> when once known, we accommodate ourselves to them, and find practical means
> of correcting their ill effects. But I know also, that laws and institutions must go
> hand in hand with the progress of the human mind. As that becomes more
> developed, more enlightened, as new discoveries are made, new truths disclosed,
> and manners and opinions change with the change of circumstances, institutions
> must advance also, and keep pace with the times. We might as well require a man
> to wear still the coat which fitted him when a boy, as civilized society to remain
> ever under the regimen of their barbarous ancestors. Thomas Jefferson to Samuel
> Kercheval. *The Thomas Jefferson Papers at the Library of Congress*, Series 1;

---

27. *See* President George Washington, "Farewell Address" September 19, 1796, https://millercenter.org/the-presidency/presidential-speeches/september-19-1796-farewell-address (Accessed Aug. 19, 2021):

Respect for its authority, compliance with its laws, acquiescence in its measures, are duties enjoined by the fundamental maxims of true liberty. The basis of our political systems is the right of the people to make and to alter their constitutions of government. But the constitution which at any time exists till changed by an explicit and authentic act of the whole people is sacredly obligatory upon all....//All obstructions to the execution of the laws, all combinations and associations, under whatever plausible character, with the real design to direct, control, counteract, or awe the regular deliberation and action of the constituted authorities, are destructive of this fundamental principle and of fatal tendency. They serve to organize faction; to give it an artificial and extraordinary force;...often a small but artful and enterprising minority of the community, and, according to the alternate triumphs of different parties, to snake the public administration the mirror of the ill-concerted and incongruous projects of faction rather than the organ of consistent and wholesome plans, digested by common counsels and modified by mutual interests.

General Correspondence 1651 to 1827, Retrieved from the Library of Congress, https://www.loc.gov/item/mtjbib022494/.

As aforementioned, this enterprise was ongoing when I was enrolled at the University of Notre Dame Law School, from August 2015 to November 2017, in order to decrease my academic performance and social performance. **Per my academic performance, grade deflation happened by inducing stress, via a "stress weapon," rather than by professors lowering my grade, although that too could have happened along with the inducement of stress.[28] Materially put**, on the Notre Dame Law School grading curve, which limits the number of honorable grades (e.g. "A," "A-," and "B+") and which varies based on class size, scientifically-statistically stated, a handful of my fellow gradees and classmates, effectively, have a higher grade than they otherwise would but for the inducement of stress, and many of my fellow gradees and classmates have a relatively higher academic and social standing than they otherwise would but for the inducement of stress, which all also entails to appropriating my identity, **and produced arbitrary undergraduate and law school admissions results because of this stress-weapon that is controlled by the United States intervened and lowered the merit on the application**. *See infra* "Legal Theory (14) and (18) (not immune)." *Contra* "dyslexia" as a political disease; *see* "dyslexia" in Lexico.com powered by Oxford U. Press (2020) ("A general term for disorders that involve difficulty in learning to read or interpret words, letters, and other symbols, but that do not affect general intelligence."); *see also* "stress" in *Id.* ("Pressure or tension exerted on a material object…'the distribution of stress is uniform across the bar'…'The degree of stress differs in each specific case'…'he's obviously under a lot of stress'…'the stresses and strains of public life'…'he has started to lay greater stress on the

---

28. The stress weapon was engaged throughout the times I took the PSAT, SAT, SAT subject tests, AP tests, ACT, LSAT, and GMAT. When I took the GMAT test, a computer-based test, I remember the stress weapon changing thresholds in between the exam.

government's role in industry'"). *Compare Id. with* "terrorist" in Lexico.com powered by Oxford U. Press (2020) ("The search is on for the terrorists and politicians are trying to calm the public down.'…'Terrorism is not a nation and terrorists are not an army that you can send troops against.'…'The great and the good are telling us that we must not change policy in deference to terrorists.'…'Most terrorists know exactly what they are doing and the effect they want to produce.'…'The biggest danger to society is what would happen if these terrorists did get their own way.'…'I could see real terror on their faces and thought it might be a terrorist attack.') *and* (Is the word "stressors" an euphemism for "terrorizers" or "terrorists?"). *See* Foreign Com. Cl., U.S. const. art. I, § 8, cl. 3. **But for this peril/conspiracy/assault/battery, I would have easily had a cumulative grade point average of 4.0 to 3.5 out of a 4.0, while maintaining my rigorous exercise schedule. 18 U.S.C. §§ 111 *et seq.*, 175 *et seq.*, 1961 *et seq.*[29], 1951 *et seq.*[30] & 2510 *et seq.* and 42 U.S.C. §§ 1981-1983.** Nonetheless, I was elected by my law school peers as a Representative to the Indiana State Bar Association from the Notre Dame Law School Student Bar Association.

In addition, one of the purposes of the enterprise might be to target me politically, especially because my honor's thesis, titled "Weight Loss as a Religion," was supported by Faith Spotted Eagle, a 2016 United States Presidential Candidate from the Democratic National Committee and receiver of one (1) vote from the constitutionally-established Electoral College (my honors thesis and Faith's activism to end biological-warfare and heal post-traumatic stress disorder can be categorized under Commander-in-Chief Barack Obama's policy or law on

---

29. *Asahi*, 480 U.S. at 102 (supply-chain terrorism and stream of commerce terrorism; transcripts; (fair) playing in Commerce). RICO takes form of extortion (i.e. threats with the use of biological weapon to quite school and/or political and/or law), wire fraud (beaming of communications and soundwaves) (§ 1343), intimidating someone in Commerce (schools/transcripts) (§ 1951), use of biological weapon (stress weapon/bio-tech brain wiring) (§ 175), and racketeering (§ 1952).

30. *Id.*, note 29.

identity politics). In fact, I had lost 50 pounds during the freshman year of my high school, from 200 pounds to 150 pounds. During the first two years of my college, I gained weight, about 30 to 40 pounds, and I lost this weight, before my junior year, which was primarily through P90X. **Therefore, because of my recent severe weight gain (almost 187 pounds of fat mass) caused by this stress weapon, which started a few months prior to my voluntary separation of leave in good standing, but exceptionally after May 2018, I feel a loss of legitimacy, personal achievement, embarrassment, mental health, athleticism (I work out 3.5 hours a day, even in law school, including during the first semester of law school, which is the hardest semester), sexual health, hormone levels, my diet (I had to eat fast food and consume alcohol, even though I do not drink due to calorie restrictions; I also purchased marijuana in Seattle, Washington and my stress execrated and the stress weapon was used on the upper floor, through the window), ego, beauty, benefits to forward-human evolution, and personal Happiness, including brand-name fashion (which does not make my size, especially Lululemon fashion workout gear).[31]** 18 U.S.C. §§ 1091(a)(4)-(5) (one elected official is "substantial part" of a national, ethnic, racial, or religious group). **Yes – that is, the**

---

31. Fashion is both religion and political, for me – overall Free Expression. U.S. const., amend. I and 18 U.S.C. §§ 241-242 & 247(a)(2). I already have the American Express Platinum Credit Card, and this invalidation has hindered and deferred my chances of getting the American Express Centurion Card and other luxury and elite cards, such as the diamond-embedded Dubai Royale Mastercard. Needless to say, this invalidation has unduly hurt my credit score. This are lifestyle choices I have maintained through the stress weapon and is internal for my mental health and My Life, My Liberties, and My Happiness as permitted under the United States Constitution. U.S. const., art. VI, § 1. Luxury and elite vehicles, such as Land Rover, Tesla, and private air vehicles, such as an airplane and helicopter, have also been deferred because of this breach of contract. *Id.* My housing is also not ideal and these facts have caused added stress outside the weapon. *Id.* Acquire all facets of elitism (political and social and global and inter-galactic and universal) is my religion, politics, and way of life, especially since organized economies (and organized religion, Hinduism) allow me such, based on identity and merit; I already have the dispositive factors of elitism (the style, "The Excellent") ("The Honorable" and "The Master" is also political elites). U.S. const., amend. I and 18 U.S.C. §§ 241-242 & 247(a)(2). This situation, should the contract be enforced, has allowed me to have this life, because of money contributing to social elitism, which I can convert into my War Chest (political accounts), but also has unnecessary delayed enjoying my life. People like me, T.H. T.H. T.E. Bush, T.H. T.H. T.H. T.E. Obama, T.H. T.E. Trump, and T.H. T.H. T.H. T.E. Biden have Faithfully improved Our Polity.

**stress weapon caused the weight gain, through constant stress and ringing sound, which are regularly countered by the East Wing and the Department of Health and Human Services (Religious Consciousness). Plus, I filled out porn applications, and one site told me to lose weight, while other sites did not reply; therefore, the stress weapon interfered in my business transactions, costing me millions of dollars. This bio-tech weapon has scanned my face and my entire body on at least two different occasions, in 2021, while in my sleep (2:30am and 12:30am, respectively).** In fact, I was at my fittest, through cardiovascular activities and weight lifting, from April 2015 to February 2016. As this situation was on-going prior to writing and getting approved my honors thesis, I do not think that my scholarship made me a target of this stress weapon, but maybe a group read my scholarship incorrectly. U.S. const. amend. I. Maybe the stress weapon is the next edition of discrimination at universities, including against Asian-Americans. Anemona Hartocollis and Giulia McDonnell Nieto del Rio, "Justice Dept. Says Yale Discriminates. Here's What Students Think.," *New York Times*: https://www.nytimes.com/2020/08/14/us/yale-asian-american-discrimination.html.[32] *Cf. Students for Fair Admissions, Inc. v. Harvard*, No. 20-1199 (U.S. 202_); *see also Id.* (likeability factors Unconstitutionally graded). *Cf.* The Princeton Initiative.[33]

After I graduated in 2014, my younger brother, Neal K. Patel (2014 co-valedictorian of BCSC, where I am the corporate sovereign), enrolled at Emory University, where he graduated

---

32. Asha Rangappa, J.D. is a Senior Lecturer at the Yale University's Jackson Institute for Global Affairs and a former Associate Dean at Yale Law School. Prior to her current position, Asha served as a Special Agent in the New York Division of the FBI, from 2002 to 2005, specializing in counterintelligence investigations.

33. The Princeton Initiative is led by billionaire with inflated grades, Executive Chair of Amazon, Inc. (the quasi-governmental organization), Mister Jeffrey P. Bezos, who is a racist, Eurocentric White supremacist, as seen on inter-galactic television. Bezos's rogue FBI agents are probably the superior of Rangappa's, his unliked slave who was and is conditioned with this stress weapon's sister technology. Both could use a plug.

— ethno —

with a Bachelor of Science, 3.8+/4.0 GPA, in Biology and Economics and, since 2019, is enrolled at the Georgetown Law Center to pursue a J.D. degree.

Overall, since November 2017, I have taken unplanned and unwanted time off of law school which unduly and unwantedly effects my career timeline and unjustly limits my career choices, which all also causes me extreme emotional distress. Interestingly, the average cost of keeping a state prisoner is $31,000, from the year 2010 to 2015, across the Sister States. Chris Mai and Ram Subramanian, *The Price of Prisons, Examining State Spending Trends*, 2010-2015, Vera Institute of Justice: https://www.vera.org/publications/price-of-prisons-2015-state-spending-trends. In federal prison, the average cost per inmate, in FY 2017, was $36,299.25. "Annual Determination of Average Cost of Incarceration," Bureau of Prisons, Department of Justice, 83 FR 18863 (April 30, 2018). Although state and federal prison and civil incapacitation and civil confinement are different, **I had the undue burdens of paying for the cost of this civil incapacitation**, which unduly changes my commercial participation for this time period and afterwards, and, unlike in federal or state prison cases, taxpayers only paid mild costs. U.S. const., amends. XIII & XIV. Mind you, I neither abused controlled substances nor have committed any crime which could have caused this situation.

On May 22, 2020, I filed a Motion of Intervention with the Clerk of the Southern District Court in *Doe et al. v. The Trump Corp. et al.*, No. 1:18-cv-09936-LGS (S.D.N.Y. 202_). *Id.*, Dkt. 268. *Doe et al. v. The Trump Corp et al.*, No. 1:18-cv-09936-LSG (S.D.N.Y. May 26, 2020), Dkt. 272 (not denying subject-matter jurisdiction), *appeal denied* No. 20-1706 (2d Cir. October 9, 2020) (not overturning the S.D.N.Y. decision), *certiorari denied, Patel v. Trump Corp.*, No. 20-1513 (U.S. 202_), *pending re-hearing. Compare* Compl., *Doe et al. v. The Trump Corp et al.*,

No. 1:18-cv-09936-LSG (S.D.N.Y. May 26, 2020), Dkt. 268 *with here* (entirely different and more encompassing complaint).

**Nonetheless, Presidential communications (Bush, Obama, and Trump) include the fact the case will be settled at $330M, i.e. monetary damages before weight gain, upon the delivery of a lawsuit, which can happen after law school, as the bio-tech weapon gets reengaged illegally. President Trump clued that a settlement of over $1B was agreed. President Biden has agreed. Contract Cl., U.S. const., art. I, § 10, cl. 1.5.**

Most sadly, this has affected My Thinking and intellectual Freedoms; religiously speaking my *rajyoga*. 18 U.S.C. § 247. Interfering in thinking and exercising for is Russia and Eastern Europe's war on either South Asian-Americans or Hindu-Americans.

As of August 21, 2021, in distribution of Peace and Order, this enterprise and situation is mildly ongoing and began fifteen years ago (i.e. 2005 or before), which is approximately the amount of time Doe et al. say they have been defrauded by President Trump's enterprise with the American Communication Network (A.C.N.).

The United States and every named person has been notified of intention to sue, while the stress weapon was engaged. This complaint and a Motion for *IFP* to this District Court follows.

## **LEGAL THEORIES AND REMAINDER OF COMPLAINT**

(1) The overarching legal theories are (1) Capitalism-Rivalry-Monopoly Theory, (2)

Inalienable Rights Theory (especially, Life, Liberty, and the pursuit of Happiness),

(3) Stream of Commerce Legal Theory[34] as described in *Asahi*, 480 U.S. at 102 and

*World-Wide Volkwagen Corp. v. Woodson*, 444 U.S. 286 (1980), (4) Legal Theory of

Battery, (5) Theory of Full Faith and Credit, (6) Theory of Fair Play (Due Process),

(7) Theory of Success (Privileges and Immunities and Revenues-Income-War Chest),

(8) Political Economies and Succession, and (9) Naturalist Theory, (10) Positivist

Theory, (11) Federalism Theory (with corporate sovereignty), (12) Anti-Federalist

Theory, (13) Conspiracy Theories, (14) Accessory to Crimes Theories, and (15)

possibly Defamation Theory.

- a. *See infra* (14) [Plaintiff is immune to bio-tech weapon, in addition to his right

   not be battered/assaulted, *see* U.S. const., amend. XIV, especially without Due

   Process], and

- b. *See infra* (18) [United States or TH TE Biden is not immune, especially

   because not official duties, such as using the weapon to make Plaintiff obese,

   possibly through subliminal messaging, *Nixon v. Fitzgerald*, 457 U.S. 731

   (1982)].

- c. Campaign acts by Barack Obama and Donald J. Trump are not immune.

   [Specifics removed from complaint for national security reasons]. *Clinton v.*

   *Jones*, 520 U.S. 681 (1997).

---

34. Stream of Commerce/Supply-Chain Theory can be understood: (A) middle school to high school, high school to college, college to law school, law school to law firm, law firm to appointment, election, and/or $100M+, and (B) Grades and/or SAT and/or ACT to college, college to grades and LSAT, and grades and LSAT to law school, law school to law school grades, law school grades to appointment, election, and/or income $100M+.

    d. Face-to-face interactions with FBI uniform-officers and badge-officers and CIA officers indicate that they are in control of the bio-tech and stress weapon. Officers from each agency induced stress, showing agency over the bio-tech stress weapon. The bio-tech weapon, during ear, nose, and throat and psychological exams, is turned off. The bio-tech also works like a ear-piece, where Plaintiff can receive a communication, but usually has been just phrases.

    e. RICO is evaluated under a distinct precedent, *H.J. Inc.*, 492 U.S. at 248-250 (citations omitted).

(2) The initial attack was started by a terrorist, who Plaintiff, assumes is the same person who he saw in 2006 (in person; same day or week as class registration for freshman year of high school), 2010 (TV), 2014 (TV), and 2018/9 (Lifetime Fitness in Castleton Neighborhood of Indianapolis, IN next to the FBI-Indianapolis HQ). Plaintiff was frighten at the sight of her, at all times. This person also attempts to attack him 2000, while plaintiff is in the third grade, but only causes weight gain. This person attacks, with the bio-tech weapon, to deter Plaintiff's academic performance which took a severe deep Freshman year of high school. During this year, through classmates, assuming because Plaintiff has successful contact with the President Bush or the CIA, he receives the counter. "Wave of a wand" is all it took. The attack happens again in 2009, when Plaintiff is applying for colleges, and immediately contacts President Obama again via whitehouse.gov. The weapon is disengaged again. Up to this point, Plaintiff argues the legal theory is Marxist and positivist – who is the stronger academic and what college, if any, he should go to and

who, outside of undergraduate admissions committees, should decide where Plaintiff goes. The terrorist prefers someone else to be the South Asian-descendent who succeeds in law.

(3) In addition to the aforementioned, it is possible the terrorist is a community organizer and Plaintiff's father, Kartik Patel, called the terrorist, so he can be forcefully induced into succeeding Kartik's motel business. It is possible that local FBI or law enforcement has top-secret programs, which this judicial court would not be advised yet, to assist parents. Kartik, a naturalized immigrant from India (SSSDR), and the FBI gathers support out of jealous and academic competition and appeal to false promises. That is, until the President of the United States and constitution-abiding officers intervene.

(4) In addition to the aforementioned, in 2014, Ajay Nair, PhD intervenes, either voluntary or upon orders, to turn on the stress. Only to be immediately countered. This is the case at Emory University (school of one of President Obama's half-brothers, Mark Obama), except it was turned by a political science professor, inadvertently or purposefully.

(5) Then, the terrorist appears forcefully via smart television, which is Wifi enabled, and sends out a hologram or the "bullet" (the white rings) to the weapon.

(6) Plaintiff contacts President Obama again via whitehouse.gov, but only this time with no luck. The stress slowly exacerbates. The legal theory not to intervene is positivists – whether the White House should intervene. Plaintiff argues that President Obama did intervene, yet his orders were not carried through out of Naturalist theory by his delegates, who were jealous of Plaintiff for his Constitutional privileges and styles as

"The Excellent," whereas the President of the United States is The Honorable The Excellent.

(7) Plaintiff, now, assumes that his disqualification to be Oxford College of Emory University Divisional President was led by this bio-tech controlling individual or group. The applicable theories are Positivist, Naturalist, Marxist, Realist, or Libertarian.

(8) The Taking is happening throughout these moments, to show, out of Naturalist motive, who is keeping people safe from terrorism. President Obama took word patterns, which are my property. [Specifics removed from complaint for national security reasons].

(9) At the University of Notre Dame du Law, much like the aforementioned political science professors, out of Naturalist motive, Plaintiff is put under stress, but believes that the professor tried to verbally hack the bio-tech. The bio-tech weapon is auto. President Trump takes office. Such is the case, and the same professor, either tries to hack the bio-tech weapon or induce additional stress, until Plaintiff withdraws from the Notre Dame Law School in November 2017. Prior to withdrawing, Plaintiff complaints to whitehouse.gov and FBI.gov and possibly few other agencies, including DOJ.gov.

(10)   President Trump takes words and body language and demeaner while on his campaign and after taking office and after leaving office. [Specifics removed from complaint for national security reasons]. Most interestingly, with President Trump and Biden, he communicates with the word pattern, in real time, once I turn on the

TV, whereas other Presidents would use internet clips or would notice on a re-play. The applicable theories are Positivist, Naturalist, Marxist, Realist, or Libertarian.

(11)   While at his apartment in 2018, after contacting President Trump and Members of Congress, Plaintiff sees a bunch of white rings fly into his person. Soon a drilling sound begins and a low-pitch ringing sound begins, which rapidly causes weight gain and irritation. The ringing sound still exists, but the volume is much lower. Plaintiff has passed every psychological and ear, nose, and throat medical exam. The applicable theories are Positivist, Naturalist, Marxist, or Realist.

(12)   Should President Trump be against Plaintiff, President Trump and his family is a fellow business competitor with my family, as they are both in real estate and hotel and motels. The legal theory to continue the conspiracy is capitalism, Marxist and Naturalist. President Trump's daughter, Tiffany Trump, was schoolmates with Plaintiff's younger brother, Neal Patel; both of them were at Georgetown Law Center. The applicable theories are Positivist, Naturalist, Marxist, Realist, or Libertarian.

(13)   President Biden has Taken bodily expression, which are visible during press conferences. The applicable theories are Positivist, Naturalist, Marxist, Realist, or Libertarian.

(14)   In his individual capacity, Plaintiff is immune from the bio-tech weapon without Due Process, U.S. const., amend V and amend XIV. In all of his capacities starting from 2009, when he becomes The Excellent Student Body President of Brownsburg Community School Corporation of the Town of Brownsburg, Inc., Indiana, and again from 2014 and onward, when he becomes The Excellent Student Body President of Emory University, Inc. plaintiff, through privileges and immunities, can

Constitutionally defeat the bio-tech, which Plaintiff has directed the whole time. *See also* Privileges and/or Immunities Cls., U.S. const. art. IV, § 2 & amend. XIV, § 1; Full Faith and Credit Cl., U.S. const., art. IV, § 1; U.S. const., art. VI, § 1 and Grievance 21, Decl. of Independence (1776)[35]; 18 U.S.C. §§ 241-242; and 42 U.S.C. §§ 1981-1984. Counter weapons have also been unduly preempted. U.S. const., amend. II. The applicable theories are anti-Federalist, Federalism, Originalist, positivist, naturalist, and realist.

(15) All presidents are somewhat Plaintiff's political rivals. Hollywood movies and soap operas with Plaintiff's verbatim word patterns are produced, while President Trump is in office; plaintiff receives notice in his person. [Specifics removed from complaint for national security reasons]. This situation effects the foreseeability of my career and income, in law's and politics' organized economies. *Slaughter-House Cases*, 83 U.S. (16 Wall.) 36, 71, and 77-78 (1873). **The weapon can effect human evolution and has risk for regressive evolution and loss of forward-evolution, as it is closely connected to the brain and as all adversity effects evolution and creating benefits and gains to the colored- and ethnic-nations, which are all terroristic forces; this perspective, that this is how I perceive this affront and under sex hierarchies, I communicated to President Trump's and President Obama's administration via whitehouse.gov and through beaming, respectively.** The applicable theories are Democratic, Republican, Originalist, Positivist, Naturalist, Marxist, Realist, or Libertarian.

---

35. *See supra*, note 3.

(16)   The lawsuit is also filed under the judiciary's inherent authority to serve as an umpire to terminate civil-battles or actions. **The lawsuit is brought under this method because whitehouse.gov and doj.gov did not work; I was also repressed from going to judicial court by the stress weapon, which is one of its functions, and an interference/deprivation of a privilege.** *See also Corfield*, 6 F. Cas. (U.S.) at 546. *Cf.* willful blindness. The applicable theory is realist and Naturalists and Federalism.

(17)   The Presidents are making sure that the Constitution is working the way it is supposed to be working. *See e.g.*, State of the Union powers. Nonetheless, the settlement agreed with the Presidents of the United States is over $330M for the battery with the bio-tech stress weapon which also causes weight-gain, plus $1M per pound gained (187lbs gained from 150lbs) and now $1M per pound to lose plus the $100M+ lose in career plus $ ___ M/B for college and law school application discrimination and unduly lowering the merit. The applicable theory is realist and Naturalists and Federalism.

(18)   Immunity is not applicable to Takings and each President's individual capacities. Immunity is not applicable to T.H. President of the United States[36] to T.E. Student Body President T.E. Student Body President Raj Patel, as T.E. is precedent. Presidents of the United States Biden, Trump, Bush and Obama each waived immunity, just in case, applicable to happenings, through a detailed conversation with friend and then-Class President, and with communication through television with

---

36. President is styled "T.E." in foreign affairs. As the Federalist and anti-Federalist put it, the President is no King. *Arthrex, Inc.*, No. 19-1434 at p. 23, 594 U.S. ____ (2021) (Roberts, C.J., The Constitutional hierarchy requires "the exercise of executive power [to remain] accountable to the people.") (The Excellent's are closer to the people in the Empire of the United States).

President Trump and President Biden. Contract Cl., U.S. const. Immunity is applicable in civil matters (acts but not inactions), not these criminal and civil-crime matters, and legislatively waived. *See also* 18 U.S.C. §§ 241-242 and 42 U.S.C. §§ 1981-1984 and 18 U.S.C. §§ 1346, 1951 & 1961. U.S. const., art. VI, § 1 and Grievance 21, Decl. of Independence (1776). *See supra* (Nonetheless...1.5). Counter weapons have also been unduly preempted. U.S. const., amend. II. The applicable theory is Federalism, anti-Federalist, and Naturalist.

(19) On August 14, 2021, at approximately 2:13PM EST, while looking at Joe Biden's photo on my Instagram Feed, I heard, on the left side of my brain, through the CDMA enabled, skull-built-in seamless technology, "The deal is, if you can get us into court, you get the money." The Instagram was from FoxNews's account. Yet, at other times, White House verified accounts are also used to play messages.

(20) **Back in 2006 or before, when the first stress-weapon attack happens, during class registration week, I knew I was going to go to the judiciary. With the United States and for the United States and its People, I thought I would sit through the damages, not only for the monetary award, but also to help learn how this terrorism works. (At the time of explicit contract, the damages were already over $100M, like all other damages to be trebly multiplied, as merit for undergraduate application was most likely lowered, and in 2010 and 2012 (transfer applications), the United States and I found out it was.). Therefore, with multi-variate contracts with the United States, the aforementioned contract(s) was/were formed. With breach of contract happening in 2016 or 2018 or 2021, as contracted, and as breach of contract happened after weight passed**

either 250lbs or 300lbs, I move to judicially terminate the stress weapon, a process started in 2018, and collect damages. After being styled as "The Excellent" in 2009 and then again for another office in 2013 as "The Excellent," my contract is Faithfully precedent to other matters.

(21)    Some of the accessories were not fluent in the English language but could repeat my verbatim word patterns. In fact, throughout parts of America, many areas I visited are not-English-speaking, and, even though I have taken mandatory Spanish, I had a hard time communicating. Grievance 20, Decl. of Independence (1776) (not using the System of English Laws is a form of tyranny, i.e., not speaking the English Language) and U.S. const., art. VI, § 1.

(22)    In 1998, 2006, and 2012, I traveled to India. In 1998, when I was less than six years old, I visited Great Britain and India; my younger brother, mom and dad and I flew British Airway; I called into the Capitan letting them know that there were terrorists on the flight and left a voicemail; the Capitan made an announcement on the flight that he had a missed call. In 2006, a few weeks after the surveillance started, we visited India, with a change of flights in Paris, France; my younger brother, mom and dad and I flew Air France; this visit Kartik also had a Hindu horoscope diary made, with Eastern and Western zodiacs; my diary as given Kartik schizophrenia, but Charmi wants one made for herself; I thrown away my diary in 2018. In December 2012, when I was a sophomore in college, I visited India; my dad's late dad, younger brother, mom and dad and I flew Air India. By the time of 2012, and I did not want to leave the United States, as I say on the record, let alone travel in India, on a stingy budget. Kartik threatened my tuition fees at Emory University, and I was forced to

leave the United States. *See* Privilege or Immunities Clause, U.S. const., amend. XIV,

§ 1 (right to Freely travel).

(23)   N.B.A. Gordan "G." Hayward, who currently has a net worth of $60M-$176M and is

contracted for $120M four-years and who was my schoolmate at Brownsburg High School,

also was a stressor, using the bio-tech stress weapon, with verbatim word patterns, during the

same year my explicit contract with the White House was made. G. said, [REDACTED FOR

NATIONAL SECURITY PURPOSES]. Gordan Hayward, according to the *Indy Star*, also

owns a house in Fishers, Indiana.

(24) In my studies, I have learned that the Supreme Court
ruled that an individual may not protest inside a
workplace, including those of city governments ___ U.S. ___ .
My workplace is where I am. Wood v. Moss (U.S. 2018),
pp. 5 and 116 (substant-based viewpoint discrimation is
legal when an elected or appointed official's life is
security is at risk). See 18 U.S.C §§ 241 et seq.
Charmi, Vidhi, and Dharval all have put my security
at risk. Wood v. Moss (U.S. 2018), p. 116 (immunity
applies when enforcing viewpoint discrimination such).

## **DEMAND FOR RELIEF**

WHEREFORE, if this District Court for Northern District of Indiana finds the preceding to be

valid, then it grant, at least, the following remedies:

1. Give respective orders to fulfill the statutory and constitutional obligations required to

   me, including but not limited to *writ of mandamus* and a *writ quo warranto*. 28 U.S.C. §

   2201-2202. 28 U.S.C. §§ 1491(a)(1)-(2). 28 U.S.C. §§ 1651. 18 U.S.C. §§ 1964-1968.

2. Enforcement and application of the privileges and immunities clauses and Full Faith and

   Credit Clauses. 28 U.S.C. § 2201-2202. 28 U.S.C. §§ 1491(a)(1)-(2). 18 U.S.C. §§ 241 *et

   seq*. *Arthrex, Inc.*, 594 U.S. ____ (2021). *See* Attached proposed order.

3. Rectify academic information. 28 U.S.C. § 2201-2202. 28 U.S.C. §§ 1491(a)(1)-(2). 18

   U.S.C. §§ 1967.

4. Order Plaintiff into the law school of his choice, including Yale Law School for one

   semester, along with the order to require the law school to graduate Plaintiff with their

   J.D. degree. 28 U.S.C. § 2201-2202. 28 U.S.C. §§ 1491(a)(1)-(2). *See* general

   reconstruction powers. *Brown v. Board of Education of Topeka II*, 349 U.S. 294 (1955)

   (courts may enforce school enrollment "with all deliberate speed.").

5. Award earned damages totaling multimillion or billions – $330M - $3.76B[37] – solely

   based on the horizontal trickle effect, including stream of Commerce; steps of organized

   playing in Commerce. 28 U.S.C. § 2201-2202. 28 U.S.C. §§ 1491(a) (1)-(2). *See supra*

   Legal Theory (17). Due Process. Commerce Clauses. 18 U.S.C. §§ 1964-1968 & 2333.

---

37. The settlement agreed with the Presidents of the United States is over $330M for the battery with the bio-tech
    stress weapon which also causes weight gain, plus $1M per pound gained (187lbs gained from 150lbs) and now
    $1M per pound to lose plus the $100M+ lose in career plus $ ___M/B for college and law school application
    discrimination and unduly lowering the merit.

6. General order to seize all unlawful force over me or *writ of prohibition*. 28 U.S.C. § 2201-2202. 28 U.S.C. § 1491(a)(1)-(2). 28 U.S.C. §§ 1651.

7. Transfer to the Southern District Court for New York or the District Court for the District of Columbia where there is subject-matter jurisdiction. *Doe v. Trump Corp.*, No.1:18-cv-09936-LGS (S.D.N.Y. 2020), Dkt. 272; Fed. R. Civ. P. 24(a)(1) ("Intervention by Right"); 28 U.S.C. § 1631; *But see Doe v. Trump Corp.*, No.1:18-cv-09936-LGS (S.D.N.Y. 2020), Dkt. 290.[38] 28 U.S.C. §§ 1491(a)(1)-(2). 28 U.S.C. § 2201-2202.

8. Transfer to the Northern District of Georgia or the Southern District of Indiana to hear the domestic terrorism matters. 28 U.S.C. §§ 1631 and 2338. 28 U.S.C. § 2201-2202.

9. Order Plaintiff back into the Notre Dame Law School to complete course of study for his J.D. candidacy, within the minimum time required, 1.2667 semesters. 28 U.S.C. §§ 1491(a)(1)-(2) and *Brown II*, 349 U.S. at 294 (courts may enforce school enrollment "with all deliberate speed."). *See also* 28 U.S.C. § 1631. 18 U.S.C. §§ 2332(d) & 2338.

10. Briefing on the bio-tech weapon, including effects and risks on regressive human evolution of Plaintiff and Plaintiff's descendent, as all adversity impacts human evolution, and medicine/weaponry for forward-evolution. The antidote would be top-top secret or under lesser security clearances. 28 U.S.C. §§ 1491(a)(1)-(2). Due Process. 28 U.S.C. § 2201-2202.

11. Enforce value of contract. *See* note 37. 28 U.S.C. § 2201-2202.

12. Distribution of advance weaponry, for Safety. U.S. const., art. IV, § 2, cl. 1. 28 U.S.C. § 2201-2202.

---

38. *Doe et al. v. The Trump Corp et al.*, No. 1:18-cv-09936-LSG (S.D.N.Y. May 26, 2020), Dkt. 272 (not denying subject-matter jurisdiction but permissive intervention), *appeal denied* No. 20-1706 (2d Cir. October 9, 2020) (not overturning the S.D.N.Y. decision), *certiorari denied, Patel v. Trump Corp.*, No. 20-1513 (U.S. 2021), *rehearing denied. See also Patel v. United States et al.*, No. 21-cv-6553-LTS (S.D.N.Y. 202_).

13. Make English Language the official language of the United States. Grievance 20, Decl. of

    Independence (1776) (System of English Laws includes the English Language), Treaty of

    Paris (1783), and U.S. const., art. VI, § 1. 28 U.S.C. § 2201-2202.

14. Other remedies which the court might deem fit. 28 U.S.C. § 2201-2202. 28 U.S.C. §§

    1491(a)(1)-(2). 5 U.S.C. §§ 702. 18 U.S.C. §§ 1964-1968.

15. Invalidate Chisholm v. Georgia as it is superceded by U.S. Const., art. VI, §1 + Pontiuter

*I swear this under the applicable laws of perjury.* Treaty of Paris (1783)

Dated: August 21, 2021

Respectfully submitted,

/s/ Raj K. Patel
T.E. T.E. Raj K. Patel (*pro se*)
1239 Spring Lake Drive
Brownsburg, IN 46112
Hendricks County
317-450-6651 (cell)
rajp2010@gmail.com
raj@rajpatel.live

J.D. Candidate, Notre Dame L. Sch. 2022
    (or permanently withdrew)
President/Student Body President, Student
    Gov't Ass'n of Emory U., Inc. 2013-
    2014 (corporate sovereign 2013-present)
Student Body President, Brownsburg Cmty.
    Sch. Corp./President, Brownsburg High
    Sch. Student Gov't 2009-2010
    (corporate sovereign 2009-present)
Rep. from the Notre Dame L. Sch. Student
    B. Ass'n to the Ind. St. B. Ass'n 2017
Deputy Regional Director, Young
    Democrats of Am.-High Sch. Caucus
    2008-2009

Co-Founder & Vice Chair, Ind. High Sch.
   Democrats 2009-2010
Vice President of Fin. (Indep.), Oxford C.
   Republicans of Emory U., Inc. 2011-
   2012

Allan Bolante, Brownsburg Police Commissioner President (e-mail)
Chief Joseph Grimes, Chief of Police
Major Andrew Watts, Chief of Support Services
Brownsburg Police Department
31 North Green Street
Brownsburg, IN 46112
abolante@brownsburgpolice.org
jgrimes@brownsburgpolice.org
awatts@brownsburgpolice.org

Eric Hilton, J.D., School Board President (e-mail)
Dr. Jim Snapp, Superintendent
Vicki Murphy, Coordinator for Communications
Brownsburg Community School Corporation
310 Stadium Drive
Brownsburg, IN 46112
ehylton@brownsburg.k12.in.us
jsnapp@brownsburg.k12.in.us
vmurphy@brownsburg.k12.in.us

Veronica S. Root Martinez, J.D. (e-mail)
University of Notre Dame Law School
2143 Eck Hall of Law
Notre Dame, IN 46556
574-631-4766
239-283-3220
vrootmartinez@nd.edu

51879 Saddle Ridge Lane South
Granger, IN 46530

Mark McKenna, J.D. (e-mail)
Former Univ. of Notre Dame Law School
    Torts Professor
UCLA School of Law
385 Charles E. Young Dr. East
Los Angeles, CA, 90095
310.267.4117
mckenna@law.ucla.edu

Amy Spanopoulos, MSW, LCSW, LCAC
    (e-mail)
Associate Director, Coordinator of Clinical
    Services, Staff Social Worker &
    Substance Abuse Specialist
Univ. of Notre Dame Counseling Center
322 St. Liam Hall
Notre Dame, IN 46556
574-631-7336
aspanopo@nd.edu

G. Marcus Cole, J.D., Dean (e-mail)
University of Notre Dame Law School
2100 Eck Hall of Law
Notre Dame, IN 46556
574-631-6789
gcole2@nd.edu

Jake Baska (e-mail)
Director of Admissions and Financial Aid
University of Notre Dame Law School
1329C Biolchini Hall of Law
Notre Dame, IN 46556
574-631-6626
jbaska@nd.edu

Ascension St. Vincent Stress Center in Indianapolis (e-mail)
c/o Joseph R. Impicciche, JD, MHA, President and Chief Executive Officer
c/o Christine Kocot McCoy, JD, Executive Vice President and General Counsel
Ascension
4600 Edmundson Road
St. Louis, MO 63134
314-733-8000
communications@ascensionhealth.org
feedback@stvincent.org

Dr. Ajay Nair, Ph.D., President (e-mail)
Former Senior Vice President and
    Dean of Campus Life at Emory University
Margaret "Margie" Callahan, J.D., General Counsel
Aracadia University
450 S. Easton Road
Glenside, PA 19038
president@arcadia.edu
callahanm@arcadia.edu

Dr. Peter Salovey, Ph.D., President
Yale University
PO Box 208229
New Haven, CT 06520
203-432-4771
peter.salovey@yale.edu

Magistrate Judge Mark J. Dinsmore (e-mail)
Birch Bayh Federal Building & U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204
geeta_devellen@insd.uscourts.gov

Nina Patel (WhatsApp)
39 Quaker Ln
Colonia, NJ 07067
732-207-4667

Dhaval Patel (e-mail)
39 Quaker Ln
Colonia, NJ 07067
732-690-6153
dhavalpatel36@gmail.com

Charmi Patel (e-mail)
39 Quaker Ln

Colonia, NJ 07067
908-705-4563
charmipatel81@yahoo.com

Dated: August 21, 2021

Respectfully submitted,

/s/ Raj K. Patel
T.E. T.E. Raj K. Patel (*pro se*)
1239 Spring Lake Drive
Brownsburg, IN 46112
317-450-6651 (cell)
rajp2010@gmail.com
raj@rajpatel.live

## CERTIFICATE OF SERVICE

I, Raj K. Patel, certify that I filed the Complaint, along with its Exhibits A-E, Motion to Proceed Without Paying Court Fees, Proposed Mandamus, and Orders Pertaining to the University of Notre Dame du Lac filed on August 21, 2021, and I certify that I provided notice of filing to the United States and courtesy notice to all parties listed below:

The United States (e-mail)
President of the United States
T.H. T.H. T.H. T.E. Joe Biden
United States Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530
Merrick.Garland@usdoj.com

T.H. T.E. Donald J. Trump (e-mail)
The Mar-a-Lago Club
1100 S. Ocean Blvd.
Palm Beach, FL 33480
joanna.hendon@alston.com

The United States (e-mail)
President of the United States
T.H. T.H. T.H. T.E. Joe Biden
U.S. Attn'y's Office for the N.D.I.N.
970 Broad Street, 7th Floor 5 400 Federal Plaza,
Newark, NJ 07102   Suite 1500
Tina.Nommay@usdoj.gov   Hammond, IN 46320
ryan.holmes@usdoj.gov

Rev. John Jenkins, C.S.C., President
    (e-mail)
Marianne Corr, J.D., General Counsel
University of Notre Dame du Lac
400 Main Building
Notre Dame, IN 46556
president@nd.edu
mcorr1@nd.edu

T.H. T.H. Eric Holcomb (Website)
Office of the Governor of Indiana
Indiana Statehouse
Indianapolis, IN 46204-2797

T.H. T.H. T.H. Todd Rokita (Website)
Office of the Ind. Attn'y Gen.
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN 46204

Dr. Greg Fenves, Ph.D., President (e-mail)
Steven Sencer, J.D., General Counsel
Emory University, Inc.
201 Dowman Drive
Atlanta, GA 30322
president@emory.edu
steven.sencer@emory.edu

T.H. T.H. T.H. Brian Kemp (Website)
Office of the Governor of Georgia
206 Washington Street
Suite 203, Georgia State Capitol
Atlanta, GA 30334

T.H. Christopher M. Carr (Website)
Office of the Ga. Attn'y Gen.
40 Capitol Square, SW
Atlanta, GA 30334