# EXHIBIT A

- Honest Services Fraud is applicable, severable, to the United States, United States Government, United States President Biden, President Trump, FBI, and all other parties to the case. 18 U.S.C. § 1346 *et seq.*

- Deprivation of Civil Rights is applicable to the United States government, United States, United States President Joe Biden, President Trump, FBI, and all other parties to the case. 42 U.S.C. §§ 1981-1985 and 18 U.S.C. §§ 241-242.

- Deprivation of Civil Rights-R.I.C.O.-fraud honest services is applicable to all defendants. 42 U.S.C. §§ 1981-1985. *Contra. Id.* with Cigarette-Tobacco Cases ($200B+ settlement).

- State induced pains is applicable to the United States and State of Indiana and all other defendants where it occurred, on their property, and across state-boundaries. 42 U.S.C. § 1981.

- Political subdivision 18 U.S.C. § 2385 includes University of Notre Dame Law School, where Plaintiff was elected as Representative to the Student Bar Association, and Emory University, where he was elected several times and once as Student Body President.

- Guarantee Clause violations apply to all Defendants except those of the United States. 18 U.S.C. § 2383.

- Violations of the Declaration of Independence (1776) of Life, Liberty and the pursuit of Happiness is applicable to all defendants and violations of the Treaty of Paris (1783)[39] and the Congressional Proclamation of 1784[40] are applicable to all Defendants. *See* U.S. const., art. VI and Grievance 21, Decl. of Independence (1776).

- Violations of the Privileges and/or Immunities Clauses, applicable to all parties. U.S. const., art. IV, § 2, cl. 2 and amend. XIV, § 1.

- International Covenant of Civil and Political Rights applies to all parties. 28 USC §§ 2201 and 2202.

- 18 U.S.C. § 111 *et seq.*; 175 *et seq.*; 1951 *et seq.*; and 2510 *et seq.* apply to all [parties]…[Settlement of over $330M is agreed upon by Presidents Bush, Obama, and Trump, which are monetary damages before weight gain…President Trump clued settlement of over $1B was agreed]….

---

39. The Definitive Treaty of Peace (Sept. 30, 1783) (*See* Yale Law School's Avalon Project, https://avalon.law.yale.edu/18th_century/paris.asp) ("promote and secure to both perpetual peace and harmony").
40. Paris Peace Treaty – Congressional Proclamation of Jan. 14, 1784 (*See* Yale Law School's Avalon Project, https://avalon.law.yale.edu/18th_century/parispr2.asp) (every citizen should uphold the Treaty of Paris "sincerely, strictly, and completely").

Third, many reasons[41] make the stated allegations [rip for subject-matter jurisdiction]:

- Because of the organized domestic terroristic powers, including from the White nation, the Black nation, the East Indian nation, East Asian nation, etc., within our country, combating Untied States Power and its taxpayers. [*State of New Jersey v. State of New York*, 1997 WL 291594 (U.S. 1997); U.S. const. VI, § 1 ("prior engagement"); Grievance 3, Decl. of Independence (1776); The Definitive Treaty of Paris (1783) (*see supra*, n. 5-6); and Alien and Sedition Acts (1798).]

- Because now the President does not want to look involved in combating terrorism, whose leaders are most likely under resourced and stretched in capacity.

- Because of the sudden change in magnitude of stress starting in 2014 and then 2017, which is closely linked to other on-going law schools and college applications in *Students for Fair Admissions v. President and Fellows of Harvard College*, No. 20-1199 (U.S. 202_).

- Because the United States is an entity with the counter for the bio-tech infection and plausible because as a crime-combating strategy, the terrorism is less than on other people; yet, a court ruling would allow the enforcer with national security resources to break or hack any and all technical-bands.

- Because removing presidential protection maybe presidential policy over me and want to encourage a judicial court ruling for an executive bureaucrat to handle from change in presidential power, including from political faction to political faction.

- Because people who are multi-year witnesses of this stress/depression inducing situation felt that only the President of the United States can be protecting Plaintiff.

- Because corporate influences and influencers are equipped with weapons, which are tested on American soil, usually linked to telecommunications-CDMA and data.

- Because contemporary Congressional investigations, findings, and new Enactments, including of hate crimes.

- Because the Obama Administration could have negotiated Safe Space (Decl. of Independence) in return not to sabotage then-Amy Barrett, who was conditioned for appointment, similarly to how Plaintiff was conditioning himself for re-election in a different jurisdiction. The Trump Administration broke the political truce, similarly to how President Trump has refused to agree to a transition of power to President Biden, breaking over 200 years of convention from President Washington to President Adams. These schemes the Founders were against.

---

41. Order, *Doe et al. v. The Trump Corp et al.*, No. 1:18-cv-09936-LSG (S.D.N.Y. May 26, 2020), Dkt. 272 (finding subject-matter jurisdiction), *appeal denied* No. 20-1706 (2d Cir. October 9, 2020), *certiorari denied, Patel v. Trump Corp.*, No. 20-1513 (U.S. 2021), *rehearing denied*.

- Because President Trump might have had a similar policy on me, which is to seek protection from another branch which should carry over from bureaucrat to bureaucrat. Yet, President Trump might have seen Plaintiff as a career politician, who his administration was trying to distant from. Therefore, he did not eliminate the stress which also caused severe weight gain, causing changes in health, and weight Plaintiff will have to lose. Plaintiff's substantive time for exercising has unwantingly changed.

- Because Vice President Harris says that pre-existing conditions, which include technological-induced diseases, are things which can be controlled and cured right away.

- Because what Vice President Harris might call pre-existing conditions, Plaintiff, prior to her debate, have called it a "auto-supercomputer" that induces stress with infection through into the skull area.

- Because Presidential protection was negotiated out with other incentives, which could be a part of this group.

- Because, in 2014, governmental agencies and officers either went rogue or inadvertently violated Presidential orders to protect Plaintiff and others from tech-induced stress, which are themselves acts of terrorism.

- Because psychological weapons might be handed out to hospitals to do public health checks and be abused.

- Because Plaintiff was also safely in route to the *U.S. News* Top 5 law schools and his application doppelgänger(s) found him and had me targeted to lesser the merits of his applications. The United States and the State of Indiana and officials and officers are responsible for protecting his in this situation, especially upon request. College applications and career (all elements of life) (also pursuit of happiness) are the reasons why this situation began. Professors interestingly rather than students are the ones who say the word patterns to trigger stress, but since 2018 its mainly a low-pitch sound in each ear. The sound turns off during ear and neurological examinations, which shows how organized and risk-averse the conspirators are about getting caught. *See also* 18 U.S.C. § 2510 *et seq*. Aside,

  > "Shall it be said, in the face of all this and of the acknowledged right of the judiciary to decide in proper cases statutes which have been passed by both branches of Congress and approved by the President to be unconstitutional, that the courts cannot give remedy when the citizen has been deprived of his property by force, his estate seized and converted to the use of the government without any lawful authority, without any process of law, and without any compensation, because the President has ordered it and his officers are in possession?" *U.S. v. Lee*, 106 U.S. 196, 220 (1882) (Miller, J.).

- Because despite satisfying re-admissions at the University of Notre Dame, it is denying Plaintiff re-admissions.

- Because the stress technology is mainly above Plaintiff's right eye and right ear.

- Because many of Plaintiff's classmates are witnesses. Taking time off law school is out of character for Plaintiff. This aggravated battery has damaged Plaintiff's reputation.

- Because even as Federal Tort Claims, each claim is actionable with subject-matter jurisdiction.

- Each claim is plausible as both Presidents Trump and Biden, current Commander-in-Chief, have said, *we, the American People are in an un-civil war,* alluding to the abuse of technology-weapons, and current Congressional efforts in constraining Big Tech's rebellions in our country. And, with the security clearances, reviewable *sua sponte* by the Honorables of each Federal Court of Appeals, which the United States, the necessary records already proficiently exist. The sudden change in fortune in 2014 is also elaborated on, where the stress is induced every day. *See also* War Crimes Statute, 18 U.S.C. §§ 2441. See also 18 U.S.C. §§ 1091 *et seq.* and 2331(5)(A) & (B)(ii).

- Plaintiff, who becomes an elected official while a part of the material happenings in this is prone to being a special target, is most likely a victim of terrorism, weaponized color-nationalist or ethnic-nationalist or religious-terrorist powers, terrorism from not-for-profits such as Harvard University of the Rev. John Harvard to enact corporate cover up whose donors include foreign powers, which conflicts with United States Power. Federal statute and the President's vested powers allows the United States to restore its full protection.

- Without this technology and interference and grade deflation, witnessed by his classmates, Plaintiff-Plaintiff would be on track for promotion in his career where he would make $100M or more, through law's organized economy, and top-tier firms. The claims are not "insubstantial" as they happen habitually over 14 years. *See* 18 U.S.C. §§ 175 *et seq.* and 1951 *et seq.*; and *Asahi*, 480 U.S. at 102 (supply-chain terrorism and steam of commerce terrorism).

- Lowering my life expectancy, both for amusement purposes and strategic political purposes, in case of a federal judicial appointment or life-long career as a politician or lawyer.

- Constitutional protection needs to be restored even with "boots on the ground," either through soldiers or FBI agents. With the advanced technology, used under Second Amendment protections, the United States can lawfully, with vested powers, disarm or disinfect or hack each person. The political economy. Anything else is willful blindness. *See* U.S. const., amend. XIII. *See also* 18 U.S.C. § 2441. Due Process Clause and Equal

Protection Clause-Equity or Equality, U.S. const., amends. V. and *Id.*, amend. XIV.

- o Use the same biological weapons on all Top 10 university undergraduate and law school students, for retarding Commerce. *See* 18 U.S.C. §§ 175 *et seq.* and 1951 *et seq.*; *See also Id.* with R.I.C.O., 18 U.S.C. § 1961 *et seq.*; Due Process Clause and Equal Protection Clause-Equity or Equality, U.S. const., amends. V. and *Id.*, amend. XIV.

- o Use the same biological weapons on future United States Presidential Candidates who become eligible and will be eligible in the year 2024 and onwards. *Id.*

*BMA*
**Bud McCorkle and Associates**
**Investigative Consultant / Security Advisor**
**Voice Stress Analysis / Polygraph**
1000 Main Street
Anderson, In 46016
765-621-0309
e mail-marvinmccorkle@aol.com

Date: December 14, 2020

To: Brenda McGinley
    All IN Investigations
    7007 Graham Road
    Indianapolis, In. 46220

SUBJECT: RAJ K. PATEL
    Re: Digital Voice Stress Analysis (exam)
    Case #:18-1-430

Attached is the written report gained from a conversation with RAJ PATEL prior to the DVSA (Digital Voice Stress Analysis) exam conducted on December 14, 2020.

Per request, we discussed the allegations of himself being tracked via brain implant(s), verbal bashings by numerous persons both civil and in the criminal profession.

Pre and Post interview, the results Raj (1). (Feels the FBI, CIA and other Law Enforcement agencies) are stalking him (2) Unknown professionals are jealous of him, preventing him from having a great future (3) Raj said these "unusual" actions started back as early as 8 years old., but became more active sometime between 2004-2006

Note: Raj had a list for review and to formulate questions-he mentioned that he is a Democrat, however this is not his cause for this exam.

Professionally,
Marvin "Bud" McCorkle
President American Polygraph Voice Stress Association
President International Society of Stress Analysts

BMA INVESTIGATIVE CONSULTANT

<u>**CONFIDENTIAL TRUTH VERIFICATION REPORT**</u>
<u>Date: 12.14.2020</u>

**ARRANGEMENTS**
On 12.14.2020 the SUBJECT-- RAJ K. PATEL regarding an ALL-IN Investigations case # 18-1-430 did take a DVSA examination.
We discussed the request for the Truth Verification examination, SUBJECT was interviewed and submitted to the detection of deception examination. DVSA technique was utilized.

**PURPOSE**
The SUBJECT was interviewed and examined for the purpose of determining if he is or was being truthful that he was being prohibited from advancing his career and having a future due to his own feelings of surveillance and being tracked from object in his brain.

The SUBJECT was tested by using a 15 (fifteen) question Searching exam.

**Procedure**
Standardized truth verification procedure was exercised throughout the examination. The SUBJECT acknowledged the examination was taken freely and that he was in good health, other than being nervous. All questions were reviewed with SUBJECT to protect against outside issues and to ensure that only the incident(s) in question was relevant to the examination.

**EXAM INFORMATION**
SUBJECT was examined in a private room with the examiner, the SUBJECT, RAJ PATEL was instructed to respond with "ONLY" a Yes or No and sit still.
BMA Investigations presents enclosed information to the client at his or her specific request. This material is meant for the client and his / her legal representative internal use only. BMA makes no warranty of any kind. Client will assume all risk and liability resulting from the usage of said material.

BMA--P.3    Case # 18-1-430

**CONCLUSION:**
Based on case details by the SUBJECT, upon standardized chart criteria, subject displayed a numerous amount of General Nervous Tension, along w minor Deception on two question.

General Nervous Tension is caused by many different reasons, i.e stress, repeated accusations.

Test results indicating <u>Deception</u> when answering Relevant questions---#4 -# 8 # 10 and #15. Questions 4 & 15 reflected—he did not want to be here.

**SUMMARY:** Raj shows he believes in his own mind that he is being tracked by numerous Govt agencies, his own father and his "cronies" and that somehow, he has or is being tracked by an "unknown" item in his head. He did say that he has tried to re-enroll back at Notre Dame in Emory and Yosnei Universities, but his psycho-therapeutic examination resulted in –one exam stating he was okay, on the second exam, they chose to deny his re enrollment. His exam does indicate, he actually feels what he is saying is true to him.

See question and answers asked:

Respectfully submitted
Marvin "Bud" McCorkle
*Bud McCorkle*
President APAVSA
President ISSA
Fellow ISSA

SUBJECT TESTED--      Raj K Patel----dob 09.02.1992, last four of SSN-[REDACTED]

EXHIBIT C

## ESSENTIAL ELEMENTS OF INFORMATION

### (EEI)—Searching Exam

Case #:  All-in Investigations---18-1-430

Name:  Raj K. Patel

Type Exam    Searching    Date/Time    12/14/2020. @ 1pm

Questions:

| | |
|---|---|
| 1. Is your 1st name of Raj? | YES |
|     No Deception Indicated | |
| 2. Have you ever use any illegal drugs except Marijuana? | NO |
|     No Deception Indicated | |
| 3. Have you ever lied to the FBI, CIA or any Law Enforcement agency? | NO |
|     General Nervous Tension --No Deception Indicated | |
| 4. Are you standing up? | NO |
|     General Nervous Tension- Deception Indicated | |
| 5. Do you feel you're being stressed intentionally? | YES |
|     No Deception Indicated | |
| 6. Do you feel Trump could stop your stress? | YES |
|     No Deception Indicated | |
| 7. Is today Monday? | YES |
|     No Deception Indicated | |
| 8. Do you feel an unknown source put technology in your head? | YES |
|     Deception Indicated | |
| 9. Do you feel the government is stressing you out ? | YES |
|     No Deception Indicated | |
| 10. Are you lying to me? | NO |
|     Deception Indicated | |
| 11. Are you stressed now? | YES |
|     No Deception Indicated | |
| 12.  Do you feel Pres Trump has added to your stress? | YES |
|     No Deception Indicated | |
| 13. Do you think drugs have added to your stress situation? | NO |
|     No Deception Indicated | |
| 14. Do you feel your dad and his Asian cronies is causing your stress? | YES |
|     No Deception Indicated | |

15. Have you told me the truth to all the questions asked today?   YES
    Deception Indicated

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

SUBJECT:   RAJ K. PATEL-----DOB—09.02.1992, last four of SSN [REDACTED]

Examiner: *Marvin "Bud" McCorkle,* CSA #404

# BMA Investigations

Exam Date       : 12/14/2020 1:41:02 PM
Examiner Name : Bud McCorkle
Location        : All-in
Examinee Name : Raj K. Patel
Case Type       : Other
Charge          : NA
Assigned ID     : 75-1
Test Protocol    : NARRATIVE



Selection Number: 1 + (YES)

Time Begin: 3.214 End: 4.12 Total: 0.906

Question: 1. Is your 1st name Raj?



Selection Number: 2 - (NO)

Time Begin: 6.674 End: 7.581 Total: 0.907

Question: 2. Have you ever used any illegal drugs exceept Marijuana?



Selection Number: 3 - (NO)

Time Begin: 11.536 End: 12.689 Total: 1.153

Question: 3. Have you ever lied to the FBI, CIA or any Law Enforcement agency?



Selection Number: 4 - (NO)

Time Begin: 14.585 End: 15.161 Total: 0.576

Question: 4. Are you standing?



Selection Number: 5 + (YES)

Time Begin: 18.128 End: 19.199 Total: 1.071



Selection Number: 6 + (YES)

Time Begin: 21.918 End: 22.907 Total: 0.989



## BMA Investigations

Exam Date      : 12/14/2020 1:41:02 PM
Examiner Name  : Bud McCorkle
Location       : All-in
Examinee Name  : Raj K. Patel
Case Type      : Other
Charge         : NA
Assigned ID    : 75-1
Test Protocol  : NARRATIVE

| Selection Number: 11 +  YES) | Selection Number: 12 +  (YES) |
|---|---|
| Time Begin: 39.716 End: 40.623 Total: 0.907 | Time Begin: 43.177 End: 44.331 Total: 1.154 |
| Question: 11. Are you stressed now? | Question: 12. Do you feel Pres Trump has added to your stress? |
|  |  |
| Selection Number: 13 -  (NO) | Selection Number: 14 +  (YES) |
| Time Begin: 46.885 End: 48.039 Total: 1.154 | Time Begin: 51.664 End: 52.57 Total: 0.906 |
| Question: 13. Do you think drugs has added to your stress situation? | Question: 14. Do you feel your dad and his Asian crownies is causing your stress? |
|  | |
| Selection Number: 15 +  (YES) | |
| Time Begin: 54.054 End: 54.96 Total: 0.906 | |
| Question: 15 Have you told me the truth today? | |

3

USDC IN/ND case 3:21-cv-00628-RLM-APR document 1-1 filed 08/24/21 page 14 of 20

EXHIBIT E

32D02-2107-PO-000399
Filed: 7/20/2021 10:44 AM
Clerk
Hendricks County, Indiana

Hendricks Superior Court 2

| STATE OF INDIANA | ) | IN THE |
| --- | --- | --- |
| | ) SS: | ( _____ DIVISION, ROOM _____ ) |
| COUNTY OF HENDRICKS | ) | CASE NO. _____ |

Raj K Patel _____ , )
Petitioner **(Your Name)**                                 )
    vs.                                                                )
Charmi A Patel _____ , )
Respondent **(Person to be Restrained)**            )

## PETITION FOR AN ORDER FOR PROTECTION AND REQUEST FOR A HEARING - Filed by Person Seeking Protection

**IMPORTANT: This is a public document and a copy of it will be placed in the Court's file. A copy may also be sent to the Respondent.**
*(Check those which apply)*

1. **I am filing this Petition for myself:**

   ✓ a. I am or have been a victim of domestic or family violence;
   ___ b. I am or have been a victim of a sex offense;
   ___ c. I am or have been a victim of stalking.
   ✓ d. I am or have been a victim of repeated acts of harassment.

2. **The Respondent's relationship to me is:**

   a. the Respondent is my family or household member *(Check only the line which best applies)*:

   ___ the Respondent is my spouse;
   ___ the Respondent used to be my spouse;
   ___ the Respondent and I resided together in an intimate relationship;
   ___ the Respondent and I have a child in common;
   ___ the Respondent and I are dating, or have dated, each other;
   ___ the Respondent and I are, or have been, engaged in a sexual relationship;
   ✓ the Respondent and I are related by blood or adoption. The Respondent is my <u>first cousin</u>;
   ___ the Respondent and I are, or used to be, related by marriage. The Respondent is my ;
   ___ the Respondent is, or used to be, my guardian;
   ___ the Respondent is, or used to be, my ward;
   ___ the Respondent is, or used to be, my custodian;
   ___ the Respondent is, or used to be, my foster parent; or,
   ___ I am a minor child of a person in one of the types of relationships described above.
   ___ I have adopted the child of the respondent.

   *If Respondent is not a family or household member as indicated above, but Respondent has committed stalking, a sex offense, or repeated acts of harassment (check only the line below*

1

OJA-PO-0100 Approved 07/02
Rev. by Ind. Office Ct. Serv. 07/19

which best applies):

    b. \_\_\_\_ the Respondent has committed stalking against me.

    c. \_\_\_\_ the Respondent has committed a sex offense against me.

    d. \_\_\_\_ the Respondent has committed repeated acts of harassment against me.

3. How old is the Respondent? __32__ years old.

4. **Please list all cases (divorce, protection orders, paternity, guardianship, criminal, juvenile, civil) involving the Respondent, yourself, or a child you have with the Respondent:**

| Case Name | Case Number | County & State |
|---|---|---|
| Patel v. Patel et al. | 1:20-cv-01772-TWP-MPB (S.D.I.N. Sept. 2020) | Marion, IN |
| Patel v. Patel et al. | 20-2713 (7th Cir. 2021) | Clark, IL |
| State v. Patel | XP - Expungement | Hendricks, IN |
| Patel v. Trump Corp., No. 20-1513 (U.S. 2021) | Unknown Civil Case Type | District of Columbia, DC |
| Patel v. Biden et al. (D.C. Cir. 202_) | No. 21-5155 | Hendricks, IN |
| Patel v. Biden et al. | No. 2:21-cv-1345 (D. Nev. 202_) | Hendricks, IN |
| Doe v. Trump Corp. | No. 1:18-cv-09936-LGS (SDNY 20__) | New York, NY |
| Doe v. Trump Corp. | No. 20-1706 (2d Cir. Oct 2020) | New York, NY |

5. **This case is filed in this county because:**

    \_\_\_\_ a. the Respondent lives in this county.

    ✓ b. the incident(s) of domestic or family violence, stalking, sex offense, or harassment happened in this county.

    ✓ c. I live in this county.

6. **If you are not represented by an attorney, fill in your public mailing address:**

    1239 Spring Lake Drive
    Brownsburg, IN 46112

This address will not be kept secret, so you should use a mailing address that you feel comfortable having public. The address you place on the Confidential Form, PO-0104 will be kept confidential. If the Court grants the order, you may be eligible to obtain a confidential address through the Attorney General's Address Confidentiality Program (ACP). Email the ACP at: confidential@atg.state.in.us to get information on how to participate in that program.

7. **The Respondent has committed the following act(s) of domestic or family violence, stalking, a sex offense, or harassment** *(Check those which apply):*\*

    \_\_\_\_ a. the Respondent attempted to cause physical harm to me;

    \_\_\_\_ b. the Respondent threatened to cause physical harm to me;

    \_\_\_\_ c. the Respondent did cause physical harm to me;

    ✓ d. the Respondent placed me in fear of physical harm;

    \_\_\_\_ e. the Respondent caused me to involuntarily engage in sexual activity by force, threat of force, or duress;

    \_\_\_\_ f. the Respondent committed stalking against me;

    \_\_\_\_ g. the Respondent committed a sex offense against me;

    \_\_\_\_ h. the Respondent committed an act of animal cruelty by beating, torturing, mutilating, or killing a vertebrate animal without justification with an intent to threaten, intimidate, coerce, harass or terrorize a family or household member.

    ✓ i. the Respondent committed repeated acts of harassment against me.

8. Describe what happened in each of the above incidents including the date(s), place(s) and witnesses to each incident:

**Incident #: 1**

**Date of Incident** (on or about) 12/2017

**Place of Incident:**

    1239 Spring Lake Drive

**Description of Incident:**

Respondent, along with her mother, Nina Patel, and Manisha Patel, my mother who I have sought a protective order against, called me. One of them accused me of pulling a gun against them all, but once they called 9-1-1, they only said that I pulled a gun against Manisha Patel only. I deny pulling a gun, and the court dismissed my case.

I withdrew from Notre Dame Law School, in November 2018, with the intent of filing a lawsuit against the United States, 18 USC 1951, 1951, and 241-242 and Honest Services Fraud and 42 USC 1981-1985. I think that Charmi Patel and Nina Patel and Manisha Patel are a part of a larger scheme, described in Patel v. Trump Corp. (U.S. 202_) and its lower court cases.

My question is, if I alleged pulled a gun on Charmi, according to herself, why is she trying to make contact with me?

**List the names of all the people who were present during the incident. You must include your own name if you were present:**

  1. Patel, Nina
  2. Patel, Raj K
  3. Patel, Charmi A
  4. Patel, Manisha

**Incident #: 2**

**Date of Incident** (on or about) 12/2020

**Place of Incident:**

3

1239 Spring Lake Drive

**Description of Incident:**

In December 2020, I got my new Audi Q5 2021 model, and, on the same day, Charmi Patel is there. In the garage, she tried to say "hi, Raj," in a tone her Nina used to use to address me, to me and waved one of her hands. I flipped her off.

**List the names of all the people who were present during the incident. You must include your own name if you were present:**

1. Patel, Raj K
2. Patel, Charmi A
3. Patel, Kartik
4. Patel, Manisha

---

**Incident #: 3**

**Date of Incident** (on or about) 07/2021

**Place of Incident:**

Cell Phone

**Description of Incident:**

My father, Kartik Patel, told me that Nina and Charmi are going to come to our new house, which are moving to, in Zionsville, once its built. I feel like Kartik psychologically battered me. That provoked me. I want Charmi and Nina no where close to me, at my new place of residence. I want to begin now for these acts of harassment.

On July 19, 2021, Charmi told me: "1. It's not your house. It's your fathers [sic]. You have no job and no money 2. Leave me and my family alone or I will file harassment charges against you[.]"

This was over text message.

Charmi lacks empathy, as I am student, and completely ignored the facts, which I have stipulated in the Federal Cases.

**List the names of all the people who were present during the incident. You must include your own name if you were present:**

1. Patel, Raj K
2. Patel, Charmi A
3. Patel, Nina
4. Patel, Dhaval

9. **I am asking the Court to order the following relief** *(check all which apply):*

*NOTE: The following requested relief may be granted immediately by the Judge without a hearing. However, if the petition is based on harassment alone, the relief may be granted ONLY after notice to the Respondent and after a hearing to be held within thirty (30) days.*

✓ Prohibit the Respondent from committing, or threatening to commit, acts of domestic or family violence, stalking, or sex offenses against me;

___ Prohibit the Respondent from committing, or threatening to commit, acts of domestic or family violence, stalking, or sex offenses against my family or household members, whose

names are:

 ✓ Prohibit the Respondent from harassing, annoying, telephoning, contacting, or directly or indirectly communicating with me;

 ✓ Order the Respondent to stay away from my residence, school, place of employment, or other place, which is the <u>Budget 8 Inn</u>, located at <u>6850 East 21st Street, Indianapolis, IN 46219 and the 1239 Spring Lake Drive, Brownsburg, IN 46112, and the future Zionsville Residence</u>;

 ____ Order the Respondent to stay away from the following location(s) frequented by my family or household member(s), which may include a residence, school, or place of employment:

*Please complete:*

Please list all owners or lease signers at my residence:

1. Kartik Patel
2. Manisha Patel

*NOTE: The following requested relief may be granted immediately by the Judge without a hearing. However, if the petition is based on harassment alone, the relief may be granted ONLY after notice to the Respondent and after a hearing to be held within thirty (30) days.*

 ____ Evict the Respondent from my residence, which is located at:

 ____ Order the Respondent to give me the possession and use of the following:

 ____ The residence located at: ;

 ____ An automobile/other motor vehicle, described as:

 ____ Other necessary personal items, described as:

 ____ Prohibit Respondent from removing, transferring, injuring, concealing, harming, attacking, mistreating, threatening to harm, or otherwise disposing of the animal(s) listed below. (Limit 5)

 ____ Order that I will have the exclusive possession, care, custody, or control of an animal(s) owned, possessed, kept, or cared for by myself, the Respondent, a minor child of myself or the Respondent, or any other family or household member listed below.  (Limit 5)

 ____ Order the following additional relief necessary to provide for my safety and welfare and the safety and welfare of my family or household members:

*NOTE: The following requested relief may be granted ONLY after notice to the Respondent and after a hearing to be held within thirty (30) days:*

 ____ Specify the arrangements for parenting time with our minor child(ren);
 ____ Require that parenting time be supervised by a third party;
 ____ Deny the Respondent parenting time;
 ____ Order the Respondent to pay my attorney fees;
 ____ Order the Respondent to pay rent for my residence;
 ____ Order the Respondent to make payment on a mortgage for my residence;
 ____ Order the Respondent to pay child support for our minor child(ren);
 ____ Order the Respondent to pay support/maintenance for me;
 ____ Order the Respondent to reimburse me for expenses related to the domestic or family violence, stalking, sex offense, or harassment as follows:

 *(specify the amount for each expense and bring documentation of the expense with you*

*to Court for the Hearing):*

    ____ Medical expenses:     $_____
    ____ Counseling:     $_____
    ____ Shelter:     $_____
    ____ Repair or replacement of damaged property:     $_____
    ____ Other costs or fees I have as a result of bringing this case:     $_____

√ Prohibit the Respondent from using or possessing a firearm, ammunition, or deadly weapon;

____ Order the Respondent to surrender the following firearm(s), ammunition, or deadly weapon(s) to a specified law enforcement agency (list each item below):

____ Order a wireless service provider to transfer to me the right to continued use of, and financial responsibility for, the following telephone number(s) used by me or by a minor child in my custody (limit 10):

*NOTE: A wireless service provider's normal requirements for setting up a new cellular telephone account still apply. You should consider whether you will be able to set up an account in your own name and whether you will be able to pay for the account.*

By filing this Petition, I am respectfully requesting that the Court immediately issue an Ex Parte Order for Protection. I understand that, if I have asked the Court for any of the following:

- evicting the Respondent from my/our home;
- giving me the possession of personal property;
- giving me possession of an animal;
- prohibiting Respondent from taking action against an animal;
- establishing rules for child parenting time;
- requiring the Respondent to pay fees, expenses, or child support;
- forbidding the Respondent from possessing a firearm, ammunition, or a deadly weapon;
- ordering the Respondent to surrender firearm(s), ammunition, or deadly weapons; or,
- allowing me or a child to continue to use a telephone number for which I will be financially responsible;

I must also ask the Court to set a date for a Hearing within thirty (30) days of today's date.

I understand that if my petition is based on harassment alone, the Court may grant relief ONLY after notice to the Respondent and after a hearing to be held within thirty (30) days.

I understand that if a Hearing is set, and if I fail to appear for the Hearing, the court may terminate the Ex Parte Order and/or dismiss the case.

I affirm, under the penalties for perjury, that the foregoing representations are true:
   a. on the basis of my own personal knowledge.
   b. on the basis that I have been informed and believe that the facts stated are true.

*(NOTE: If this Petition is made solely on the basis of Petitioner's information and belief, Petitioner must attach affidavits by one or more persons who have personal knowledge of the facts stated.)*

DATE: 07/20/2021

/s/ Raj Patel
**PETITIONER (Signature)**
Raj Patel
**PETITIONER (Type or print name)**

7

OJA-PO-0100 Approved 07/02
Rev. by Ind. Office Ct. Serv. 07/19